C|C

RECEIVED
SEP 30 2021
BY MAIL

Sep. 24, 2021

hi my name Is Dedrick Jordan. I am Curruntly Incarcerated In a Riverside County Jail. I have been in Jail Since November 2020. Since being in Jail I have had a fed hold placed on me that has stoped me from getting bailed out. Ive had my girlfriend reach out to the Clerks office as well as my mother and both have been told there is no hold. I have not recieved or heard from anyone reguarding this case and would like to be seen by the Judge to get this cleared up. Im not sure if I will have to be transfered out there from California or if I could see a Judge here but would like to take the proper steps to get this cleared up so I can bail out. Thank you for your time.

Dedrick Jordan 202037180
BHUS
30755-B-Auld RD
Murrieta CA 92563

Dedrick Jordan
2020 37180
3H05
30755-B-Auld RD
Murrieta CA 92563

SN BERNARDINO CA 923
27 SEP 2021 PM 4 L

FOREVER / USA

US. District Court Clerk
111 S. 10th St # 3.300
St. Louis MO
63102

RECEIVED

SEP 30 2021

BY MAIL

63102-112325