**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 4:21-CR-13-MTS-NCC |
| | ) | |
| **DEDRICK JORDAN,** | ) | |
| | ) | |
| Defendant. | ) | |

**WAIVER OF PRETRIAL MOTIONS**

Comes now Joseph M. Hogan, attorney for defendant, Dedrick Jordan and attests there are no issues the defendant wishes to raise by way of pretrial motions. Counsel and defendant conducted a telephone conference on May 30, 2023. After a thorough examination of all relevant evidence, the defendant's legal rights and options were discussed with counsel and the defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

Respectfully submitted,

/S/ Joseph M. Hogan 47008MO
Attorney for Defendant
7710 Carondelet, Ste. 404
Clayton, Missouri 63105
(314) 863-9898
jmhogan4090@sbcglobal.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically delivered to:

Assistant United States Attorney
111 South 10th Street
St. Louis, Missouri 63102

This 30th day of May 2023.

/s/ JOSEPH M. HOGAN