**Gmail**

Joseph Hogan <joe@hogancriminaldefense.com>

## Fw: Sentencing memorandum

1 message

**Joseph hogan** <jmhogan4090@sbcglobal.net>                                 Fri, Jan 26, 2024 at 2:05 PM
To: "joe@hogancriminaldefense.com" <joe@hogancriminaldefense.com>

Jordan

----- Forwarded Message -----
**From:** Dareico Valentine <dareicov@yahoo.com>
**To:** Joseph hogan <jmhogan4090@sbcglobal.net>
**Sent:** Wednesday, January 24, 2024 at 10:02:16 PM CST
**Subject:** Re: Sentencing memorandum

To the honorable judge….

Good evening, I want to start off by saying thank you for giving me time to tell you about the struggles I went through in my life. First off my name is Dedrick Jordan, I'm currently 35 years old. I was born September 13 1988 in Los Angeles California to the parents of Carolyn Cooks (mom) and Dedrick Jordan (Dad). As far as I remember growing up my family never had our own place to call home or ours so it's best to say that we never had a place period before me turning 11 years old. My mom and dad split up I think around the age of me being 6 or 7. I'm not sure why exactly I just remember that they would argue a lot. My mom worked at different fast food restaurants also while trying to goto school at the same time to pursue her dream which was to become a Registered Nurse. She didn't have her own car so I remember always being on the bus and metro train with her and my younger brother to get to wherever we would need to be. We lived house to house with family and sometimes my mom friends for a short period of time. My dad lost his mom at 15 years old, while being the oldest out of 5 other of his siblings, and his Dad I really didn't know, I met him only maybe 3 times in my life before he recently passed away. My mom pretty much was kicked out of her mom house when her mom found out she was pregnant with me which at the time I believe she was 17. Her dad was never apart of her life he was homeless addicted to drugs. Two years after I was born, my brother was born (Tyree Jordan) which put more pressure on my mom. At the age of 6 I was diagnosed with a cancerous tumor in my left neck. I had 4 surgeries related to the tumor in between the ages of me being 6 and 7, I did the chemotherapy and that was the end of that. Me having that cancer put a strain on my mom and dad because that's when they broke up, and my dad left. I remember it being times my mom and younger brother would have to wake up around 4am to make sure we caught the bus on time so that we could make it to school and my mom would be in time for work. And night on the way back to wherever we would be living we would be out on the bus until 10 or 11pm. And then getting off at our stop we would have to walk the rest of the way give or take 4 to 5 miles out. Even writing this now brings tears to my face because I actually never told my life story dating back this early in my life, because it's something I try to forget due to all of the hard times my mother had raising us. So like I said we would walk and the same routine every morning and every night. Through all of this my mom never complained to her mom or none of our other family members, she just always got us to where we had to be and made sure we had food clothes and shelter. I never saw her buy herself anything ever, I really think she might've wore the same 10 outfits over and over throughout the year. In between times though that we had to stay at different families houses while she would work or goto school I started to watch how me and my brother were treated differently from everyone. There used to be times the other kids would get ready to eat and their parents would make them food or give them snacks to eat, but when it came to me and my brother you can see in their faces they had a problem feeding us, so a lot of times I wouldn't eat because I didn't want to feel as if I was a burden to them so I either ask could they just give my brother some instead of me because I wasn't hungry, but honestly I didn't want anyone mad at us. My brother always was hungry it didn't matter what it was he was always hungry. At times I would hear the ppl ask my mom did she have any money for us to eat before she left, and times she didn't and I remember how she would look and it really bothered me that my mom had to go through that. So at a young age around me being in the 3rd or 4th grade I just started saving dollars my mom would give me at times to buy cookies from school. Instead of buying chocolate chip cookies at school I started to save my money just to help my mom when she didn't have any money. I kept the money inside my school folder, it had a pouch where you hold colored pencil inside so I put my money inside there also. Even though a kid should never feel that way, I did somehow. So fast forward a little to me being 10 years old, my mom got her own apartment in the neighborhood that I soon to run with. At 12 years old I started to run with them thinking it would be best for my mom and my younger brother (tyree), thinking if I was gone from home my mom wouldn't have to worry about spending all her money she could save some because it was only my brother and her at home. I hated to see my mom cry in her room because trying to support me and my brother alone was hard, all I cared about was making stuff easier for her and my brother. Seeing what I seen and hanging out with the wrong crowd eventually led me to smoking weed. First time I tried it was 12 years old, I didn't like it at first because I just remember feeling weird and I couldn't stop coughing. The second time I tried it was a few weeks later and that time it just

Case: 4:21-cr-00013-MTS    Doc. #: 962    Filed: 01/29/24    Page: 2 of 2 PageID #: 9528

made me relax and I didn't remember nothing that was going on at the time I just remember being around a few of the friends I had and we all hanging outside late at night. After that night I smoked atleast two times a day, every day. The only times I wasn't able to smoke was inside of juvenile detention. At the age of 13 I tried ecstasy, it was ok but it wasn't really nothing special to me so I did it maybe a handful of times more throughout my life, but more than anything I smoked weed. Me hanging with the local neighborhood gang caused me to be apart of things I had no idea of at all. I didn't know what I was doing I just did it because I saw my friends doing certain things and they were ok from what it looked like. Yes I've been to jail a few times as a kid, and yea I was apart of the wrong thing as a kid, but in my eyes I thought I was making the right decision for my brother and mom sake by not being there. Going forward to me being 15 years old, I went to jail for a armed robbery, two armed robberies actually. On one of them I was sentenced to 3 years, then the other one I was sentenced to 9 years which got ran concurrent with each other, which led me to do around 7 years in total in prison. Before I was arrested in 2005 I had just had a son (Emaree) which is now soon to be 19 years old, along with finding out I had another son (De'Majae) on the way, which is now 18 years old and a student at USC. While on that term I got my diploma and took a trade and college courses such as

"business management ". I came home 2012 at the age of 24. I started working at a warehouse but eventually they let me go because it was only agency work so it was only when they needed help. The lost of employment took me back to being in the streets and trying to figure out how would I get through the days while also trying to provide for my family. While I was home I also had my daughter De'Jah, she was born September 6, 2013. She's the love of my life. Looking at her truly is like looking at me if I was a girl. Everything about her face is honestly mines. No matter Where I go she wants to be there, doing whatever I'm doin, it's kind of funny because I have to tell her sometimes don't do that you are a girl not a boy lol. She's now 10 years old. In 2014 I was arrested for having a firearm, I signed a deal for probation and a suspended sentence. After that I found a job working as a prep cook in Hollywood. In July I had another daughter, Kali who is now 8 years old. I worked at the restaurant for 2 years, I actually was one of the ones who helped open the restaurant. It was a great experience working in a Japanese restaurant. All that had come to an end though January 2016. I was stopped and pulled over walking home from my girlfriend at the time house. We had just finished watching a movie and eating pizza because I just had gotten off work. Every day that was our routine. I worked and came home and walked over to her house and we either went out to eat or we bought fast food and watched a movie at home until we got tired. On the day I was arrested I was stopped in front of her home. They found a gun in a car by the alley. They testified they never seen me reaching for anything, or throw anything but still took me in for that gun. I was charged with construction possession. I went to trial because it was not mines but unfortunately I was found guilty and lost my trial. I filed an immediate appeal and fought the appeal 3 years and won the appeal. All conditions were overturned to "Not Guilty" verdicts. I was released 2019. As I kid I didn't have much guidance from the right ppl looking back on life now. The things I thought was right were very much not, but due to my situation and circumstances at the time I did what I had to do to survive and make things easier for my family. I'm not a criminal nor am I a career criminal, and never have I ever been such a thing. Yes I've gotten into trouble as a kid but it was only because of that, I was troubled your honor. I was lost trying to fend for myself. The mistake that I made in 2014, yes I take ownership and responsibility for that, but as far as violence or anything serious I have not been involved in none since I was a kid. I've lost 80% of my life to being incarcerated for this crime because it still remains on my record when I only was a kid. I've served a prison sentence for both of them crimes and yet it is still held against me as a adult. Today I stand before you judge not asking to be treated different but for a chance to make right from all the bad things I've got against me. I have a lot of people that looks up to me, I don't want the last place for them to see me is in jail. I have a great deal of remorse for what part I played in this situation and I own that, but goin back to jail for all these years of my life after I've just came home not too long ago would not only hurt me but it will destroy my children mentally. I've recently just had another daughter (Dream) who was born premature, her lungs were not fully developed so she had to be placed on a oxygen machine. Her mother does not have any parents they both are deceased, so I am her only and immediate family and help when it comes to out daughter. This entire time I've been home I have been in full compliance with my probation officers, I've been working this entire time, obeying my curfew, and just doing what's expected of me. This time home has literally been the best of my life I've had for numerous of reasons. I've met new friends, good friends with great intentions of helping me get to better places in my life. Friends from working with other people and so on. Every day all I do is work and come home, on my off days I goto the recording studio or just hang out with my kids. My kids and music is my entire world no exaggeration. I worked so hard in music when I got home I got two record label offers but I could not accept them because they were head corder in Canada. I've lost my grandma this last time I was in jail and it really broke me in ways I wasn't expecting it to. Even though knowing that some day we're all gonna pass on I just never took the time out to imagine being here without her. I haven't still grieved and dealt with her leaving, instead I just try hard to stay busy and not give my time to think about her being gone. As I said before judge I am very remorseful for what I am here for today, but your honor I can honestly say I have the right help I've needed my entire life to keep me on the straight line of being a law o biding citizen. The opportunity's that I've been blessed with as far as jobs and with my music career has shown me that all it takes is patience and hardworking to become what it is you want in life. I have not thought about anything wrong or considered any wrong this entire time. All I want is a chance to provide my babies with a full time father and not a memory of one. I love my kids so much and I want to be able to raise them and have and make memories with them, I do not want them to put there heads down when they think of their dad because I was in jail. So I stand here asking and pleading for a chance at life your honor. Thank you for your time.

-Dedrick D. Jordan-

Sent from Yahoo Mail for iPhone