UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEDRICK JORDAN,<br><br>Defendant. | ) | No. 4:21CR00013 RLW |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri and Paul J. D'Agrosa, Assistant United States Attorney, and herewith files its sentencing memorandum.

## I. INTRODUCTION

Defendant (hereafter "Defendant" or "Jordan") entered a plea of guilty to the lesser-included offense in Count 1 of the indictment, admitting his involvement in a conspiracy to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§841(a)(1) and 846. Defendant admitted in his plea that during the investigation of Jordan and his co-conspirators, an excess of 15 kilograms of methamphetamine was seized. The Defendant stipulated and agreed that he was responsible for at least 1.5 but less than 4.5 kilograms of actual methamphetamine.

On November 25, 2019 Jordan was stopped in St. Charles, Missouri. A search of his vehicle revealed a suitcase which contained $19,147 in U.S. currency and a handwritten ledger. During a Title III wiretap, investigators intercepted communication between Jordan and Brendon Thomas regarding the delivery of ten pounds of methamphetamine. Jordan has admitted to having

ties with the source of supply in Los Angeles, California. Telephone intercepts also revealed that on May 28, 2020 Jordan received a shipment of methamphetamine and delivered the shipment to Brendon Thomas and Joe Holliman.

On June 18, 2020 agents conducted a search of Jordan's residence located at 8500 Maryland Avenue, Apartment 447, in St. Louis, Missouri. As a result of the search, agents located the following: a clear plastic bag containing 190 grams of 97% pure methamphetamine, 3,461 grams of marijuana, $129,776 in U.S. currency, three cell phones, two digital scales, a California Driver's license belonging Jordan, two black bags, a television, debit cards belonging to Jordan and miscellaneous receipts/documents.

The United States has established during its investigation and prosecution that Brendon Thomas and Joseph Holliman are equally culpable as they were partners who acquired large quantities of methamphetamine for distribution within the Eastern District of Missouri. Jordan and Terry Williams are next in culpability as they acted as a source of supply for methamphetamine and often oversaw drug shipments to the couriers. Terry Williams was identified as a member of a drug trafficking organization out of California. Last in culpability are Clifford Davis, Maria Flores-Cervantes, Jacqueline Harris, Thomas Fogle, Richard Clark, Sarah Reynolds, Joseph Suraud, Alexandra Chambers, Deidre Medcalf, David Nuelle, Matthew Aubin, and Kevin Karll who each distributed various amount of methamphetamine within the Eastern District of Missouri.

## II. <u>ARGUMENT</u>

According to the probation office and as reflected in the presentence investigation report (PSR) (Doc. #905), Jordan's Total Offense Level is 33 and his criminal history category is VI. Therefore, the guideline imprisonment range is 235 to 293 months. The Guilty Plea Agreement (GPA) (Doc. #863) allows for Jordan to argue for any sentence below the advisory guideline range

noted above and because Defendant plead to the lesser included offense contained in Count 1 of the indictment, the statutory range of punishment is 5 years to 40 years imprisonment. Defendant has filed a sentencing memorandum (Doc. #954) and advocated for a sentence of 60 months, representing a downward variance of 175 months. In the government's view, this request is extraordinary and outrageous and is not justified by the sentencing factors identified in 18 U.S.C. §3553(a).

Defendant committed armed robberies at the age of 15 and 16. In one of the robberies, Jordan and a co-defendant robbed a fast-food restaurant and used a handgun. For reasons different from that argued by Jordan, the United States believes that Jordan's criminal history correctly identifies his criminal livelihood and the recidivist nature of his criminal conduct. No "child" robs businesses at gunpoint. Criminals do.

At the age of 24 and again at the age of 25, Jordan was convicted of being a felon in possession of a firearm, and being a felon in possession of a firearm with a prior violent conviction. He was on probation/parole at the time he participated in a conspiracy responsible for the trafficking of significant quantities of methamphetamine, in both the Central District of California and the Eastern District of Missouri. As a result of his criminal livelihood, Jordan is a career offender, which results in a criminal history category of VI.

"The probation office has not identified any factors under 18 U.S.C. §3553(a) that may warrant a variance and imposition of a non-guideline sentence." (PSR, ¶130, pg. 24)

The United States also submits that Jordan is still dangerous. Before being released on bail by a Magistrate Judge in California, Jordan was confined in California on charges related to a domestic violence incident which occurred on November 3, 2020. The United States acknowledges that the case was eventually dismissed. However, a report from the Riverside, California Sheriff's

Department reveals that the Defendant's girlfriend (V1) was located by Sheriff's deputies inside an apartment (not her own). She was crying hysterically, extremely nervous and fearful that her boyfriend (Jordan) was going to kill her. She told deputies that Jordan hit her and pointed a gun at her head and attempted to kill her. V1 suffered an abrasion to the right side of her face and complained of pain to both sides of her face and the back of her neck.[1] When the call came into the Sheriff's Department, V1 reported that Jordan was driving a red 2013 GMC Terrain in the apartment complex, looking for her, so she ran to another apartment to call police.

Sheriff's deputies located the GMC Terrain at an intersection close by, with the windows down and the engine still warm. A 9mm round was located on the floorboard, along with V1's keys to her apartment. Jordan was located in the area, in possession of keys to the GMC and arrested. When deputies responded to V1's apartment where the incident took place, they located a loaded firearm on the floor just inside the door, next to a black glove. V1 confirmed that the firearm found in the apartment was the same firearm Jordan pointed at her head and that he was wearing the glove. The gun was loaded with 9mm ammunition and additional 9mm ammunition was located in a closet.

V1 gave the following statement to law enforcement:

She was a passenger in the GMC being driven by Jordan when they got into an argument.While on 91 Freeway, Jordan hit her in the head numerous times with a closed fist, hit her head against the dashboard and window, and pointed a gun at her head and said, "This is your last day, you are going to die today." After driving for a while, Jordan pulled off the freeway near a ditch and fired his gun in the air. He continued to threaten V1 and continued punching her. After Jordan drove to their apartment complex, she was able to get away and she ran to a neighbor's apartment, where she called police.

[1] 18 U.S.C. §3661 provides: No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.

The neighbor was interviewed and confirmed that V1 was frantically knocking on her door and ringing the doorbell. When the neighbor opened the door, V1 looked like she was in distress and begged for help. She told the neighbor that her boyfriend (Jordan) put her in a ditch and was trying to kill her.[2]

At the time Defendant was arrested, he admitted to law enforcement that he was coming from his girlfriend's apartment. In a post-Miranda interview, Jordan admitted that he was in the vehicle with V1 and that they argued. He denied hitting the victim.

## III. <u>CONCLUSION</u>

The Court shall consider the nature and circumstances of the offense and the history and characteristics of the Defendant, the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law and to provide just punishment, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the Defendant and to provide the Defendant with needed educational or vocational training, medical care or other correctional treatment in the most effect manner. 18 U.S.C. §3553(a). The United submits, for the reasons stated above, that a guidelines sentence of between 235 and 293 months satisfies these sentencing objectives.

WHEREFORE, for the reasons stated herein, the Government respectfully requests that the Court impose a guidelines sentence of imprisonment.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ Paul J. D'Agrosa*
PAUL J. D'AGROSA (#36966MO)

---

[2] A copy of the Riverside County Sheriff's Incident Report is attached as Exhibit 1.

Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*s/ Paul J. D'Agrosa*
Assistant United States Attorney

# RIVERSIDE COUNTY LAW ENFORCEMENT AGENCIES CONFIDENTIALITY ADVISEMENT

GOVERNMENT EXHIBIT
1

## RIVERSIDE COUNTY SHERIFF'S DEPARTMENT

| FILE NUMBER | DATE PREPARED | PAGE NUMBER |
|---|---|---|
| MV203080349 | 11/4/20 | |

Pursuant to CA Penal Code Section 293(a) & (e) and/or CA Gov Code §6254 and/or CA Constitution, Article 1, ... are informed that your name and address will be a matter of public record unless you request that it not by the electic...

**Penal Section 293:** An employee of a law enforcement agency who personally receives a report from any person, alleging that the person making the report has been the victim of a sex offense, or was forced to commit an act of prostitution because he or she is a victim of human trafficking, as defined in Section 236.1 or immediate family to victim of human trafficking (HT) shall inform the person that his or her name and address shall become a matter of public record unless they request that it not become a matter of public record, pursuant to §6254 of the Gov Code.

**Gov. Code Section 6254(f)(2)&(3):** The name of a victim of any crime defined by Section **220, 236.1, 261, 261.5, 262, 264, 264.1, 265, 266, 266a, 266b, 266c, 266e, 266f, 266j, 267, 269, 273a, 273d, 273.5, 285, 286, 288, 288a, 288.2, 288.3, 288.5, 288.7, 289, 422.6, 422.7, 422.75, 646.9, 647.6.** of the Penal Code may be withheld at the victim's request, or at the request of the victim's parent or guardian if the victim is a minor. When a person is the victim of more than one crime, information disclosing that the person is a victim of a crime defined in any of the sections of the Penal Code set forth in this subdivision may be deleted at the request of the victim, or the victim's parent or guardian if the victim is a minor, in making the report of the crime, or of any crime or incident accompanying the crime, available to the public in compliance with the requirements of this paragraph.

**CA Constitution, Art. 1, Section 28(b)(4):** includes victim's right to prevent the disclosure of confidential information or records.

A *separate form* shall be completed for each victim.

I have read and understand the above paragraphs. I have been informed of my right to have my name and address not become a matter of public record.

Victim/HT Victim's Immediate Family Signature HENESEY (SIGNED FOR VIC) Date: 11/4/20
(if the victim is under age 18, a parent or guardian's signature should be obtained.)

Parent/Guardian Signature ____________ Date: ________

☐ Law enforcement advised parent or guardian telephonically

**Indicate your decision by marking ONE of the following choices listed below:**

☒ I **DO NOT** want my name and address to become a matter of public record.

☐ I have no objection to my name and address becoming a matter of public record in this investigation and possible litigation. I understand that by selecting this box, my name and address will become a matter of public record.

Witnessed by [Law Enforcement Employee informing victim/immediate family member (FM)]:

Employee Name: HENESEY ID 5656 Employee Signature [signature]

SECTION TO BE COMPLETED BY A LAW ENFORCEMENT EMPLOYEE. In the report(s), this Victim/FM is referred to as V# ___ or FM# ___

| | | | | | | |
|---|---|---|---|---|---|---|
| Last [redacted] | | | Middle | | | |
| Sex F | Race H | [redacted] | Age 20 | Height 504 | Weight 135 | CDL [redacted] State CA |
| Home Add[redacted] | | | | | | Home Phone [redacted] |
| Work Add[redacted] | | | | | | Work Phone [redacted] |
| School (Name & Address) N/A | | | | | | |

LE Notices: If the victim(s) or FM of human trafficking victim(s) desire confidentiality, DO NOT place any identifying information on the face sheet or within the report or any supplemental reports regarding the same victim(s)/FM. In the narrative portion of the report, refer to "V1", "V2", "FM1", "FM2" etc.

Records: This form may only be reproduced for the case investigator or the District Attorney, any other reproduction requires a supervisor's approval.

OW

# INCIDENT REPORT

DATE PREPARED: 11/04/2020 RIVERSIDE COUNTY SHERIFF CA0330000 [X] INITIAL [ ] SUPPLEMENTAL

| 1. FILE NUMBER | 2. DATE/TIME REPORTED | 3. DATE/TIME ASSIGNED | 4. DATE/TIME INV. START | 5. DATE/TIME INV. TERM | 6. ADULT ARR | 7. JUV ARR |
|---|---|---|---|---|---|---|
| MV203080349 | 11/03/2020 2342 | 11/03/2020 2342 | 11/03/2020 2345 | 11/04/2020 0506 | 1 | 0 |

| OFFENSES – CODE SECTION | CRIME | COUNTS | EDP CODE |
|---|---|---|---|
| 8. 273.5 P.C. | Spousal Abuse | 01 | 9. 13K8-F |
| 10. (Add or Change to) 245(a)(2) P.C. | Assault with a Deadly Weapon | 01 | 11. 13A1-F |
| 12. (Add or Change to) 422 P.C. | Criminal Threats | 01 | 13. 12H1-F |

| 14. LOCATION OF OCCURRENCE | 15. REP. DIST. | 16. OCCURRED ON- DATE/TIME | 17. OR BETWEEN DATE/TIME |
|---|---|---|---|
| 15750 Lasselle St. #S, Moreno Valley, CA 92555 | 604C2 | 11/03/2020 2342 | |

| 18. BUSINESS NAME | 19. BUSINESS PHONE | 20. CASE STATUS/ CLEARANCE |
|---|---|---|
| N/A | N/A | ARREST |

21. **WAS THIS INCIDENT RELATED TO MARIJUANA?** [ ] YES [X] NO (If yes, briefly include in narrative or additional details how it was related)

22. **BWC VIDEO** (CAPTURED BY YOU OR ANY OTHER DEPARTMENT MEMBER) [X] YES [ ] NO

## VICTIM – REPORTING PARTY – WITNESS – OTHERS:

[ ] SEE ADDITIONAL PERSONS REPORT

| 23. INVL | 24. NAME (Last, First, Middle) | 25. SEX | 26. RACE | 27. DOB | 28. AGE | 29. HT | 30. WT | 31. HAIR | 32. EYES | 33. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| VIC1 | Confidential | | | | | | | | | |

| 34. RESIDENCE ADDRESS | CITY | ZIP | 35. EMAIL ADDRESS | 36. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 37. BUSINESS ADDRESS | CITY | ZIP | 38. EMAIL ADDRESS | 39. BUS. PHONE |
| | | | | |

| 40. INVL | 41. NAME (Last, First, Middle) | 42. SEX | 43. RACE | 44. DOB | 45. AGE | 46. HT | 47. WT | 48. HAIR | 49. EYES | 50. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 51. RESIDENCE ADDRESS | CITY | ZIP | 52. EMAIL ADDRESS | 53. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 54. BUSINESS ADDRESS | CITY | ZIP | 55. EMAIL ADDRESS | 56. BUS. PHONE |
| | | | | |

## SUSPECT: [X] ADULT [ ] JUVENILE [ ] PAROLE [ ] PROBATION [ ] SEE ADDITIONAL PERSONS REPORT [X] ARRESTED

| 57. SUS# | 58. NAME (Last, First, Middle) | 59. SEX | 60. RACE | 61. DOB | 62. AGE | 63. HT | 64. WT | 65. HAIR | 66. EYES | 67. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Jordan, Dedrick Deshon | M | B | 09/13/1988 | 32 | 5'09" | 170 | BLK | BRO | DRK |

| 68. DRIVER'S LICENSE NUMBER / ID NUMBER | IN POSSESSION | 69. STATE | 70. SOCIAL SECURITY NUMBER | 71. MNI NUMBER | 72. CII NUMBER |
|---|---|---|---|---|---|
| F4411288 | YES [X] NO [ ] | CA | [redacted] | | A24150878 |

| 73. RESIDENCE ADDRESS | CITY | ZIP | 74. EMAIL ADDRESS | 75. RES. PHONE |
|---|---|---|---|---|
| 15750 Lasselle St. #S | Moreno Valley | 92555 | | 314-281-4269 |
| 76. BUSINESS ADDRESS | CITY | ZIP | 77. EMAIL ADDRESS | 78. BUS. PHONE |
| None | | | | None |

79. JUVENILE DISPOSITION [ ] OTHER JURIS. [ ] JUV. CRT. PROB. [ ] WITHIN DEPT. [ ] DETAINED [ ] NOT DETAINED

80. **GANG DATA**

GANG NAME(S):

[ ] Member [ ] Associate [ ] Self-Admit [ ] Prior Knowledge

TATTOOS / SCARS / MARKS

[ ] Face [ ] Neck [ ] R. Arm [ ] L. Arm [ ] Hands [ ] Torso [ ] Back [ ] Legs

81. TATTOOS/SCARS/MARKS/CLOTHING DESCRIPTION

## VEHICLE: [ ] REFER TO CHP 180 FORM FOR STOLEN, RECOVERED, TOWED OR IMPOUNDED

| 82. INVL | 83. LICENSE | 84. STATE | 85. YEAR | 86. MAKE | 87. MODEL | 88. BODY STYLE | 89. S/L/R/O Code: AUTO VALUE $ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 90. COLOR/COLOR | 91. VIN # | 92. OTHER IDENTIFIERS | 93. DISPOSITION OF VEHICLE |
|---|---|---|---|
| | | | |

| 94. REGISTERED OWNER | 95. ADDRESS | CITY | STATE | ZIP | 96. PHONE |
|---|---|---|---|---|---|
| | | | | | |

[ ] PROPERTY REPORT ATTACHED FOR STOLEN, RECOVERED OR DAMAGED PROPERTY

97. DAMAGED PROPERTY VALUE $

| REPORTING OFFICER | OFFICER I.D. | REVIEWED BY/DATE | ENTERED BY/DATE | ENTERED BY/DATE |
|---|---|---|---|---|
| Hencsey | 5656 | 4583 11/04/20 | 11/16/20 | |

| COPIES TO | APR SENT: | APR CANCELLED: | DOJ-NCIC ENTERED: | DOJ-NCIC CANCELLED |
|---|---|---|---|---|
| Riverside County District Attorney's Office X3 / CHP Orange County | | | | |

M4441 11/19

**Incident Report - MO Elements**

RIVERSIDE COUNTY SHERIFF CA0330000



File Number MV203080349

**IMPORTANT:**
Please be sure to check all MO Elements that apply.

- ☐ **Arson**
- ☒ **Domestic Violence***
- ☐ **Assault**
- ☐ **Robbery**
- ☐ **Burglary**
- ☐ **Theft**

***State Required for DV Incidents**

- ☐ Strangulation
- ☐ Suffocation

**PROPERTY AFFECTED**

- ☐ AIR Air Conditioners
- ☐ APP Household Appliances
- ☐ ART Art Collections, Paintings, Antiques
- ☐ AUT Auto Parts & Tires
- ☐ BLM Building Materials
- ☐ BOT Boat, Boat Motors and Trailers
- ☐ BYC Bicycles/Bicycle Parts
- ☐ CAM Cameras, Movie Projector
- ☐ CLO Clothing, Wigs
- ☐ COI Coin Collection
- ☐ COM Computer Equipment
- ☐ CPT Carpet
- ☐ CRC Credit Cards
- ☐ CUR Currency
- ☐ FIR Firearms
- ☐ FOD Food or Food Products
- ☐ FOS Food Stamps
- ☐ FRN Household Furniture
- ☐ FUR Furs
- ☐ IND Industrial Equipment (Tractors)
- ☐ JEW Jewelry/Precious Metals
- ☐ LIQ Liquor and Beer
- ☐ LIV Livestock
- ☐ LWN Lawn Mowers/Edger
- ☐ MC Motorcycles, Minibike
- ☐ MET Scrap Metal
- ☐ MIS Miscellaneous
- ☐ MUS Guitars, Other Instruments
- ☐ NRC Narcotics, Drugs
- ☐ OFE Office Equipment
- ☐ PHO Phones
- ☐ PUR Purses and Wallets
- ☐ RAD Radio, Stereo Equipment
- ☐ SLV Silverware
- ☐ SPD Sporting Goods
- ☐ TOB Tobacco Products
- ☐ TOL Tools
- ☐ TOY Toys
- ☐ TVS Televisions
- ☐ VCR Video Cassette Recorder
- ☐ VEH Vehicles (Autos/Trucks)
- ☐ VID Video Equip, Games

**PHYSICAL EVIDENCE**

- ☐ BL Blood
- ☐ CL Clothing
- ☐ DC Documents
- ☐ FP Fingerprints
- ☐ GL Glass Fragments
- ☐ HA Hair
- ☐ ID Insulation/Dust
- ☐ MS Mud/Soil
- ☐ OP Other Prints
- ☒ PH Photos
- ☐ PJ Projectile (Bullet/Casing)
- ☐ PS Paint Samples
- ☐ SM Semen
- ☐ TL Tool Marks
- ☐ TT Tire Tracks
- ☐ VH Vehicle
- ☐ WP Weapon

**METHOD OF ENTRY**

- ☐ A Unlocked
- ☐ B Pried
- ☐ C Broken Glass
- ☐ D Channel Locks
- ☐ E Slim Jim
- ☐ F Body Force
- ☐ G Cut Padlock
- ☐ H Removed
- ☐ I Explosive
- ☐ J Vehicle
- ☐ K Force
- ☐ L No Force
- ☐ M Attempt Only
- ☐ N Bolt Cutters
- ☐ O Brick/Rock/Cement
- ☐ P Common Ceiling
- ☐ Q Cut Glass
- ☐ R Cut Hole
- ☐ S Cut Screen
- ☐ T Kick Door
- ☐ U Lock Punch
- ☐ V Saw Drill
- ☐ W Hid In Building
- ☐ X Lock Box
- ☐ Y Pass Key
- ☐ Z Doggie Door

**MEANS OF ATTACK**

- ☐ F Firearm
- ☐ K Knife/Other Cutting Inst
- ☐ O Other Dangerous Weapon Or 211 by fear
- ☐ H Hands/Feet – Felony

Aggravated Assaults require broken bones, internal injuries, stitches, great bodily injury or hospitalization. On 211s great bodily injury is not required.

- ☒ S Simple Assault / Battery

e.g. minor scrapes, cuts bruises, injuries needing only minor 1st aid or no injuries.

Do not use Simple Assault for 211s Select another choice under Means of Attack

**EXTENT OF INJURY**

- ☒ A Severe Body Trauma/bruising
- ☐ B Burns
- ☒ C Complaint of Pain
- ☐ D Death
- ☐ G Gunshot Wound
- ☐ H Broken Bones
- ☐ K Knife Wounds/Lacerations
- ☐ N No Visible Injury
- ☐ S Strangulation/Choking

**POINT OF ENTRY**

- ☐ D Door
- ☐ DF Single Swing
- ☐ DG Double Swing
- ☐ DH Sliding Door
- ☐ DI Overhead Garage
- ☐ O Other
- ☐ OK Floor
- ☐ OL Roof
- ☐ OM Wall
- ☐ ON Already On Premise
- ☐ OO Unknown
- ☐ OP Basement
- ☐ OQ Ground Level
- ☐ OR Upper Level
- ☐ W Window
- ☐ WA Non-Moveable
- ☐ WB Sliding Window
- ☐ WC Crank
- ☐ WD Louvered/Screen

**ENTRY LOCATION**

- ☐ F Front
- ☐ O Other
- ☐ R Rear
- ☐ S Side

**HOW WEAPON USED**

- ☒ BRAND Brandished
- ☐ COATP Coat/Shirt Pocket
- ☐ COVER Covered
- ☐ FEET Kicked Feet
- ☒ HANDS Both Hands
- ☐ HIPHO Hip Holster
- ☐ LEFTH Left Hand
- ☐ LEGHO Leg Holster
- ☐ PANPK Hand In Pocket
- ☐ PISWP Pistol Whipped
- ☐ PROPK Front Pocket
- ☐ PSACK Sack/Bag
- ☐ PURSE Purse
- ☐ RERPK Rear Pocket
- ☐ RIGHH Right Hand
- ☐ SHLHO Shoulder Holster
- ☐ SHOTS Shots Fired
- ☐ WAIST Waistband
- ☐ OTHER Other

**THEFT TYPE**

- ☐ AA Auto Accessories
- ☐ BI Bicycle
- ☐ CM Coin Operated Machine
- ☐ FA From Auto
- ☐ FB From Building
- ☐ OT Other
- ☐ PP Pick Pocket
- ☐ PS Purse Snatch
- ☐ SL Shoplift

**TYPE OF PREMESIS**

- ☐ 01 Duplex/Fourplex
- ☐ 02 Apartment Office
- ☐ 03 Apartment/Condo
- ☐ 04 Art, Antique Store
- ☐ 05 Assembly Plant
- ☐ 06 Auto Parts Sales
- ☐ 07 Auto Repair Co.
- ☐ 08 Bar/Lounge/Tavern
- ☐ 09 Barber Beauty Shop
- ☐ 10 Bike Trl/Horse Trl
- ☐ 11 Bank/Savings & Loan
- ☐ 12 Bowling Alley
- ☐ 13 Cab Co.
- ☐ 14 Camera Shop
- ☐ 15 Casino
- ☐ 16 Community Center
- ☐ 17 Cement Co.
- ☐ 18 Church
- ☐ 19 Club House
- ☐ 20 Cleaners
- ☐ 21 Concession Stand
- ☐ 22 Construction Co.
- ☐ 23 Communications Sound Equipment
- ☐ 24 Convenience Store
- ☐ 25 Construction Site
- ☐ 26 Convalescent Home
- ☐ 27 Bakery/Deli
- ☐ 28 Dealer, Automobile
- ☐ 29 Department Store
- ☐ 30 Driveway
- ☐ 31 Electric Shop
- ☐ 32 Employment Agency
- ☐ 33 Farm, Dairy, Ranch
- ☐ 34 Fast Food Store
- ☐ 35 Finance Co.
- ☐ 36 Florist, Nursery
- ☐ 37 Food Processing Co.
- ☐ 38 Garage Attached
- ☐ 39 Garage Detached
- ☐ 40 Gas Vendor Service Station
- ☐ 41 Golf Course
- ☐ 42 Gun Shop
- ☐ 43 Government Facility
- ☐ 44 Hospital
- ☐ 45 Hardware Store
- ☐ 46 Hotel/Motel Office
- ☐ 47 Hotel/Motel Room
- ☐ 48 Candy/Ice Cream
- ☐ 49 Indian Reservation
- ☐ 50 Jewelry Store
- ☐ 51 Locksmith
- ☐ 52 Laundromat
- ☐ 53 Law Firm
- ☐ 54 Leather Goods
- ☐ 55 Liquor Store
- ☐ 56 Parking Lot
- ☐ 57 Mower/Bike Shop
- ☐ 58 Doctor/Dental Office
- ☐ 59 Medical/Optometrist
- ☐ 60 Manufacturing Firm
- ☐ 61 Mobile Home
- ☐ 62 Misc. Office
- ☐ 63 Grocery Store
- ☐ 64 Theater
- ☐ 65 Music Store
- ☐ 66 Nursery School
- ☐ 67 Park/Playground
- ☐ 68 Other
- ☐ 69 Public Building
- ☐ 70 Pet Shop
- ☐ 71 Pharmacy
- ☐ 72 Parking Garage
- ☐ 73 Plumbing Supply
- ☐ 74 Police Facility
- ☐ 75 Pool Hall
- ☐ 76 Post Office
- ☐ 77 Print Shop
- ☐ 78 Residence/ House
- ☐ 79 Rental Store
- ☐ 80 Restaurant
- ☐ 81 Retail Store
- ☐ 82 Salvage Yard
- ☐ 83 School
- ☐ 84 Storage Shed
- ☐ 85 Shopping Center/Mall
- ☐ 86 Sporting Goods
- ☐ 87 Barn/Stable
- ☐ 88 Moving & Storage Co.
- ☒ 89 Street/Hwy/Alley
- ☐ 90 Swimming Pool
- ☐ 91 Trucking Co. Facility/Docks
- ☐ 92 Trailer Park
- ☐ 93 Unknown
- ☐ 94 Upholstery Furniture Repair
- ☐ 95 Variety Store
- ☐ 96 Vending Co.
- ☐ 97 Vet/Kennels/ Animal Hosp.
- ☐ 98 Welding Shop/ School
- ☐ 99 Warehouse

**ADDITIONAL CHARGE(S):**

246 PC – Negligent Discharge of a Firearm
29800(a)(1) PC – Felon in Possession of a Firearm
30305(a)(1) PC – Felon in Possession of Ammunition
32310 PC – Possession of a High Capacity Magazine

**SUPPLEMENTAL REPORT(S):**

Deputy Duran #5297
Deputy Antonio #5539
Deputy Ruddell #5558
Deputy Morton #5988

**INJURIES:**

V1 suffered an abrasion to the right side of her face and complained of pain to both side of her face and the back of her neck. She was evaluated by Riverside County Fire (RCF) on scene, but declined further medical attention.

**ATTACHMENTS:**

Copy of served Emergency Protective Order (EPO).

CLETS printout showing EPO served.

Domestic Violence Worksheet.

Lethality Assessment Questions.

**EVIDENCE:**

| ITEM: | QUANTITY: | DESCRIPTION: |
|---|---|---|
| 01 | 01 | DVD-R with BWC Video. |
| 02 | 02 | Cell phones. |
| 03 | 01 | Black Nike Glove. |

I entered the above item(s) into an evidence locker at the Moreno Valley Station.

**RELATIONSHIP HISTORY:**

V1 and Jordan have been in an intimate, sexual relationship for approximately 9 months. They live together. They have no children in common.

**SCENE DESCRIPTION:**

The incident occurred in a vehicle, on the 91 Freeway, from Los Angeles to Moreno Valley, California.

**BODY WORN CAMERA:**

During this incident, I wore my department issued VieVu body worn camera. I turned my body worn camera on and off to document interviews separately, discuss the on-going investigation with my partners, and to preserve the battery life of the device.

**DETAILS:**

On Tuesday, November 3, 2020 about 2342 hours, Deputy Leach and I were dispatched to 15770 Lasselle Street Unit U, in the city of Moreno Valley, regarding a domestic violence incident that occurred. Per the text of the call, V1's boyfriend was armed with a gun, attempted to kill her and was driving around the apartment complex looking for her.

Upon arrival, we located V1 inside the apartment listed above. She was crying hysterically, extremely nervous and fearful that her boyfriend was going to kill her. She said her boyfriend, Dedrick Jordan DOB: 09/13/1988, hit her and pointed a gun at her head and attempted to kill her. He was currently driving in the apartment complex looking for her, driving her red 2013 GMC Terrain. She ran to the apartment from her apartment to get away from Jordan.

V1 was evaluated by American Medical Response (AMR) on scene but declined further medical attention.

Deputies Ruddell and Lomeli conducted an area check and located V1's GMC Terrain, displaying California license plate #8CGR426, near the intersection of Via Jardin and Via Rio, with the windows down and the engine still warm. V1 gave consent to search her vehicle and deputies located a 9mm round on the floor by the driver seat and the keys to V1's apartment. See Deputy Ruddell's supplemental report for further details.

Deputies Duran and Chappell conducted an area check and located a black male adult in the area of John F. Kennedy Drive and Kitching Street, matching the description provided by V1. They detained the male, who identified himself as Dedrick Jordan with a date of birth of 09/13/1988. Jordan was arrested and transported to the Moreno Valley Sheriff's Station. See Deputy Duran's supplemental report for further details.

I showed V1 a photograph of Jordan that I obtained from a law enforcement database and V1 confirmed the male in the photo was the man who assaulted him.

I responded to V1's apartment, located at 15750 Lasselle St., Unit S, to conduct an interview. Inside the apartment, I located a loaded firearm on the floor just inside the door, next to a black glove. V1 confirmed it was the firearm Jordan pointed at her head and it was the glove he was wearing. Deputy Antonio checked the apartment for evidence with V1's permission, and located additional 9mm ammunition. Deputy Antonio booked the firearm, ammunition, and glove into evidence at the Moreno Valley Sheriff Station. See Deputy Antonio's supplemental report for further details.

The following is a summary of V1's statement:

She was in the passenger seat while Jordan was driving her GMC Terrain on the 91 freeway from Los Angeles to Moreno Valley. They argued over Jordan accusing her of cheating on him. On the 91 Freeway near Euclid Street, in Orange County, Jordan hit her in the head numerous times with a closed fist, hit her head against the dashboard and window, and pointed a gun at her head and said, "This is your last day, you are going to die today." After driving for a while, Jordan exited the 215 Freeway at Eucalyptus Avenue in Moreno Valley and drove to an unknown ditch where Jordan fired the gun in the air one time and continued threatening V1 and telling her to open her phone. He continued driving near the Moreno Valley Mall and continued punching her while driving. He drove to her apartment complex, parked her vehicle, got out and she followed behind him to her unit, looking for a way to get away from him, without him knowing, because he had the gun and she was scared. As Jordan began walking up the stairs to the apartment, she turned around and ran away. She ran to 15770 Lasselle Street, Unit U to hide, and was let in by the owner, called the police and waited for us to arrive. She estimated Dedrick hit her approximately 25-30 times during the entirety of the incident.

V1 desires prosecution and requested an Emergency Protective Order (EPO). An EPO was granted by Honorable Judge Koosed, listing V1 as the protected person and Jordan as the restrained person expiring 11/11/2020 at 1700 hours.

A records check of Jordan indicated he had been previously convicted of felony charges to include a conviction of robbery.

I responded to the Moreno Valley Sheriff Station and advised Jordan of his Miranda Rights per my department issued Miranda Warning Card. He stated, "Yes" to understanding his rights and said he would talk to me regarding the incident. He said he and V1 were driving her vehicle from Los Angeles to Moreno Valley and were arguing, but at no time did he hit her. They did not stop at any time during the drive. He parked her vehicle on Casa Encantador and got out and walked away. He was later contacted by deputies and brought to jail. He does not have any weapons and the apartment is not his, but he stays there sometimes. The last time he was at the apartment was this morning. There are no weapons at the apartment that he is aware of. A Mercedes, he drives, that belongs to his mother is parked at the apartment complex. He had no further information

regarding the incident.

I served Jordan with the EPO and provided him with a copy. I faxed the EPO to ISB and it was entered into the system as served by N5948.

After giving V1 a few hours to gain composure and collect her thoughts, I responded to her apartment and asked if she was willing to get into a police unit so I could drive to her the area of the 215 freeway and Eucalyptus Avenue where she stated Dedrick fired his weapon into the air near a ditch. V1 agreed to look for the ditch, so Deputy Morton and Corporal Powell assisted by driving V1 to the location. After approximately two hours of driving around, she was unable to locate the area. V1 provided me with two cell phones and the other black glove, that belong to Dedrick, which I later booked into an evidence locker in the Moreno Valley Sheriff Station. Deputy Morton and Corporal Powell transported V1 back to her residence. While at V1's residence, Deputy Morton contacted the neighbor, whose apartment V1 ran to after she ran from Dedrick, to obtain a statement from her. See Deputy Morton's supplemental report for more details.

**CONCLUSIONS AND RECOMMENDATIONS:**

Based on V1's statements and the injuries she sustained, Jordan is in violation of 273.5 PC – Spousal Abuse, 245(a)(2) PC – Assault with a Deadly Weapon, 422 PC – Criminal Threats and 246 PC – Negligent Discharge of a Firearm. His status as a convicted felon with a violent charge and possession of an illegal firearm also place him in violation of 29800(a)(1) PC – Felon in Possession of a Firearm, 30305(a)(1) PC – Felon in Possession of Ammunition and 32310 PC – Possession of a High Capacity Magazine.

Jordan was transported to Robert Presley Detention Center and booked for the above listed charges.

Based on V1's statements and Jordan's status as a convicted felon, I request this report be forwarded to the Riverside County District Attorney's Office for filing on Dedrick Jordan for the listed charges.

Due to the fact V1 stated a portion of the assault occurred in Orange County, I request a copy of this report be forwarded to the California Highway Patrol, Orange County Office.

**CASE STATUS:**

Arrest

**EPO-001** ONE copy to court, ONE copy to restrained person, ONE copy to protected person, ONE copy to issuing agency

LAW ENFORCEMENT CASE NUMBER: MV20308 0349

# EMERGENCY PROTECTIVE ORDER *(See reverse for important notices.)*

1. **PROTECTED PERSONS** [redacted]

2. **RESTRAINED PERSON** *(name)*: DEDRICK JORDAN

Sex: ☒ M ☐ F Ht.: 509 Wt.: 170 Hair color: BLK Eye color: BRN Race: B Age: 32 Date of birth: 09/13/88

3. **TO THE RESTRAINED PERSON:**

a. ☒ **YOU MUST NOT** harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy any personal property of, disturb the peace of, keep under surveillance, or block the movements of each person named in item 1.

b. ☒ **YOU MUST NOT** contact, either directly or indirectly, by any means, including but not limited to by telephone, mail, e-mail or other electronic means, any person named in item 1.

c. ☒ **YOU MUST** ☒ stay away at least: 100 yards from each person named in item 1.
☒ stay away at least: 100 yards from ☐ move out immediately from
*(address)*: [redacted]

d. **YOU MUST NOT** own, possess, purchase, receive, or attempt to purchase or receive any firearm or ammunition. If you have any firearms, you must turn them in to a law enforcement agency or sell them to, or store them with, a licensed gun dealer.

e. **YOU MUST NOT** take any action, directly or through others, to obtain the addresses or locations of any person named in item 1.

4. ☐ *(Name)*: ______ is given temporary care and control of the following minor children of the parties *(names and ages)*: ______

5. **THIS ORDER WILL EXPIRE AT THE CLOSE OF THE COURT BUSINESS DAY ON:** 11/11/20 @ 1700
INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED

6. **TO THE PROTECTED PERSON:** If you need protection for a longer period of time, you must request restraining orders from the court in the county where you live:
*(Name and address of court)*: RIVERSIDE SUPERIOR/4100 MAIN ST. RIVERSIDE, CA 92501
If you go to court to request restraining orders, take your copy of this form with you. If a juvenile petition is pending, file in that court.

7. Reasonable grounds for the issuance of this Order exist, and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking.

8. Judicial officer *(name)*: KOOSED granted this Order on *(date)*: 11/4/20 at *(time)*: 0130 AM

## APPLICATION

9. The events that caused the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse (except solely financial abuse), or stalking are *(give facts and dates; specify weapons)*:
[redacted] WAS IN THE PASSENGER SEAT OF HER VEHICLE WITH JORDAN DRIVING FROM LOS ANGELES TO MORENO VALLEY. JORDAN PUNCHED [redacted] SEVERAL TIMES IN THE HEAD A POINTED A GUN AT HER HEAD SAYING "THIS IS YOUR LAST DAY, YOU'RE GOING TO DIE TODAY!"

10. ☒ Firearms were: ☐ observed ☐ reported ☐ searched for ☒ seized

11. ☐ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 3c.

12. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 9. A custody order ☐ does ☐ does not exist.

By: HENESEY (PRINT NAME OF LAW ENFORCEMENT OFFICER) ▶ Henesey (SIGNATURE OF LAW ENFORCEMENT OFFICER)

Agency: RSO / MORENO VALLEY Telephone No.: 951-486-6700 Badge No.: 5656

## PROOF OF SERVICE

13. Person served *(name)*: DEDRICK JORDAN

14. I personally delivered copies of this Order to the person served as follows: Date: 11/4/20 Time: 0430
Address: 22850 CALLE SAN JUAN DE LOS LAGOS MV

15. At the time of service, I was at least 18 years of age and not a party to this cause. ☐ I am a California law enforcement officer.

16. My name, address, and telephone number are *(this does not have to be server's home telephone number or address)*:
SAA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/4/20

HENESEY (TYPE OR PRINT NAME OF SERVER) ▶ [signature] (SIGNATURE OF SERVER)

EPO-001

# EMERGENCY PROTECTIVE ORDER
# WARNINGS AND INFORMATION

**TO THE RESTRAINED PERSON: VIOLATION OF THIS ORDER IS A MISDEMEANOR PUNISHABLE BY A $1,000 FINE, ONE YEAR IN JAIL, OR BOTH, OR IT MAY BE PUNISHABLE AS A FELONY. THIS PROTECTIVE ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS IN THE STATE OF CALIFORNIA WHO ARE AWARE OF OR SHOWN A COPY OF THE ORDER. THE TERMS AND CONDITIONS OF THIS ORDER REMAIN ENFORCEABLE REGARDLESS OF THE ACTS OF THE PARTIES; IT MAY BE CHANGED ONLY BY ORDER OF THE COURT (PENAL CODE SECTION 13710(b)).**

**YOU ARE PROHIBITED FROM OWNING, POSSESSING, PURCHASING, RECEIVING, OR ATTEMPTING TO PURCHASE OR RECEIVE A FIREARM OR AMMUNITION. (PENAL CODE SECTIONS 29825(a), 30305(a).) A VIOLATION IS SUBJECT TO A $1,000 FINE AND IMPRISONMENT OR BOTH. WITHIN 24 HOURS OF RECEIPT OF THIS ORDER, YOU MUST TURN IN YOUR FIREARMS TO A LAW ENFORCEMENT AGENCY, SELL THEM TO A LICENSED FIREARMS DEALER, OR STORE THEM WITH A LICENSED FIREARMS DEALER UNTIL THE EXPIRATION OF THIS ORDER. (PENAL CODE SECTION 29830.) PROOF OF SURRENDER, SALE, OR STORAGE MUST BE FILED WITH THE COURT WITHIN 48 HOURS OF RECEIPT OF THIS ORDER.**

---

**To the restrained person:** This order will last until the date and time in item 5 on the reverse. The protected person may, however, obtain a more permanent restraining order from the court. You may seek the advice of an attorney on any matter connected with this order. The attorney should be consulted promptly so that the attorney may assist you in responding to the order.

**A la persona bajo restricción judicial:** Esta orden durará hasta la fecha y hora indicada en el punto 5 al dorso. La persona protegida puede, sin embargo, obtener una orden de entredicho (restricción judicial) más permanente de la corte. Usted puede consultar a un abogado en conexión con cualquier asunto relacionado con esta orden. Debe consultar al abogado inmediatamente para que él o ella le pueda ayudar a responder a la orden.

---

**To the protected person:** This order will last only until the date and time noted in item 5 on the reverse. If you wish to seek continuing protection, you will have to apply for an order from the court at the address in item 6. You may apply for a protective order free of charge. In the case of an endangered child, you may also apply for a more permanent order at the address in item 6, or if there is a juvenile dependency action pending, you may apply for a more permanent order under section 213.5 of the Welfare and Institutions Code. In the case of a child being abducted, you may apply for a *Child Custody and Visitation Order* from the court. You may seek the advice of an attorney on any matter connected with your application for any future court orders. The attorney should be consulted promptly so that the attorney may assist you in making your application. You do not have to have an attorney to get the protective order.

**A la persona protegida:** Esta orden durará sólo hasta la fecha y hora indicada en el punto 5 al dorso. Si usted desea que la protección continúe, tendrá que solicitar una orden de la corte en la dirección indicada en el punto 6. La solicitud de la orden de protección es gratis. En el caso de que un niño o una niña se encuentre en peligro, puede solicitar una orden más permanente en la dirección indicada en el punto 6, o si hay una acción legal pendiente de tutela juvenil, puede solicitar una orden más permanente conforme a la sección 213.5 del código titulado en inglés **Welfare and Institutions Code.** En el caso del secuestro de un niño o una niña, usted puede solicitar de la corte una orden para la guarda del niño o de la niña *(Child Custody and Visitation Order)*. Puede consultar a un abogado en conexión con cualquier asunto relacionado con las solicitudes de órdenes de la corte que usted presente en el futuro. Debe consultar un abogado inmediatamente para que él o ella le pueda ayudar a presentar su solicitud. Para obtener la orden de protección no es necesario que un abogado le represente.

---

**To law enforcement:** The emergency protective order shall be served upon the restrained party by the officer, if the restrained party can reasonably be located, and a copy shall be given to the protected party. A copy shall be filed with the court as soon as practicable after issuance. Also, the officer shall have the order entered into the computer database system for protective and restraining orders maintained by the Department of Justice. The availability of an emergency protective order shall not be affected by the fact that the endangered person has vacated the household to avoid abuse. A law enforcement officer shall use every reasonable means to enforce an emergency protective order. A law enforcement officer who acts in good faith to enforce an emergency protective order shall not be held civilly or criminally liable.

---

**If a child is in danger of being abducted:** This order will last only until the date and time noted in item 5 on the reverse. You may apply for a child custody order from the court.

**En el caso de peligro de secuestro de un niño o de una niña:** Esta orden será válida sólo hasta la hora y fecha indicada en el punto 5 al dorso. Usted puede solicitar de la corte una orden para la guarda del niño o de la niña *(Child Custody and Visitation Order)*.

---

*This emergency protective order is effective when made. This order shall expire on the date and time specified in item 5 on the reverse. The provisions of this emergency protective order take precedence in enforcement over provisions of other existing protective orders between the same protected and restrained persons to the extent the provisions of this order are more restrictive. In other words, the provisions in this emergency protective order take precedence over the provisions in any other protective order, including a criminal protective order, if (1) the person to be protected is already protected by the other protective order, (2) the person to be restrained is subject to that other order, and (3) the provisions in this emergency order are more restrictive than the provisions in that other order. The provisions in another existing protective order remain in effect and take precedence if they are more restrictive than the provisions in this emergency protective order.*

**EPO-001** ONE copy to court, ONE copy to restrained person, ONE copy to protected person, ONE copy to issuing agency

LAW ENFORCEMENT CASE NUMBER: MV20308O349

# EMERGENCY PROTECTIVE ORDER *(See reverse for important notices.)*

1. **PROTECTED** [redacted]

2. **RESTRAINED PERSON** *(name)*: DEDRICK JORDAN

Sex: ☒ M ☐ F Ht.: 509 Wt.: 170 Hair color: BLK Eye color: BRN Race: B Age: 32 Date of birth: 01/13/88

3. **TO THE RESTRAINED PERSON:**
   a. ☒ **YOU MUST NOT** harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy any personal property of, disturb the peace of, keep under surveillance, or block the movements of each person named in item 1.
   b. ☒ **YOU MUST NOT** contact, either directly or indirectly, by any means, including but not limited to by telephone, mail, e-mail or other electronic means, any person named in item 1.
   c. ☒ **YOU MUST** ☒ stay away at least: 100 yards from each person named in item 1.
   ☒ stay away at least: 100 yards from ☐ move out immediately from
   *(address)*: 15750 LASSELLE ST APT S
   d. **YOU MUST NOT** own, possess, purchase, receive, or attempt to purchase or receive any firearm or ammunition. If you have any firearms, you must turn them in to a law enforcement agency or sell them to, or store them with, a licensed gun dealer.
   e. **YOU MUST NOT** take any action, directly or through others, to obtain the addresses or locations of any person named in item 1.

4. ☐ *(Name)*: ______ is given temporary care and control of the following minor children of the parties *(names and ages)*: ______

5. **THIS ORDER WILL EXPIRE AT THE CLOSE OF THE COURT BUSINESS DAY ON:** 11/10/20 @ 1700

INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED

6. **TO THE PROTECTED PERSON:** If you need protection for a longer period of time, you must request restraining orders from the court in the county where you live:
*(Name and address of court)*: RIVERSIDE SUPERIOR / 4100 MAIN ST. RIVERSIDE, CA 92501
If you go to court to request restraining orders, take your copy of this form with you. If a juvenile petition is pending, file in that court.

7. Reasonable grounds for the issuance of this Order exist, and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking.

8. Judicial officer *(name)*: KOOSED granted this Order on *(date)*: 11/4/20 at *(time)*: 0130 AM

## APPLICATION

9. The events that caused the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse (except solely financial abuse), or stalking are *(give facts and dates; specify weapons)*:
[redacted] WAS IN THE PASSENGER SEAT OF HER VEHICLE WITH JORDAN DRIVING FROM LOS ANGELES TO MORENO VALLEY, JORDAN PUNCHED [redacted] SEVERAL TIMES IN THE HEAD & POINTED A GUN AT HER HEAD SAYING "THIS IS YOUR LAST DAY, YOU'RE GOING TO DIE TODAY!"

10. ☒ Firearms were: ☐ observed ☐ reported ☐ searched for ☒ seized

11. ☐ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 3c.

12. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 9. A custody order ☐ does ☐ does not exist.

By: HENNESSEY (PRINT NAME OF LAW ENFORCEMENT OFFICER) ▶ Hennessey (SIGNATURE OF LAW ENFORCEMENT OFFICER)

Agency: RSO / MORENO VALLEY Telephone No.: 951-486-6700 Badge No.: 5656

## PROOF OF SERVICE

13. Person served *(name)*: DEDRICK JORDAN

14. I personally delivered copies of this Order to the person served as follows: Date: 11/4/20 Time: 0430
Address: 27850 CALLE SAN JUAN DE LOS LAGOS MV

15. At the time of service, I was at least 18 years of age and not a party to this cause. ☐ I am a California law enforcement officer.

16. My name, address, and telephone number are *(this does not have to be server's home telephone number or address)*:
SAA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/4/20

HENNESSEY (TYPE OR PRINT NAME OF SERVER) ▶ [signature] (SIGNATURE OF SERVER)



Form Adopted for Mandatory Use
Judicial Council of California
EPO-001 [Rev. January 1, 2014]
Approved by DOJ

**EMERGENCY PROTECTIVE ORDER (CLETS–EPO)**
**(Domestic Violence, Child Abuse, Elder or Dependent Adult Abuse, or Stalking)**

Family Code, §§ 6240–6275;
Penal Code, § 646.91
www.courts.ca.gov

EMERGENCY PROTECTIVE ORDER **EPO-001**

# WARNINGS AND INFORMATION

**TO THE RESTRAINED PERSON: VIOLATION OF THIS ORDER IS A MISDEMEANOR PUNISHABLE BY A $1,000 FINE, ONE YEAR IN JAIL, OR BOTH, OR IT MAY BE PUNISHABLE AS A FELONY. THIS PROTECTIVE ORDER SHALL BE ENFORCED BY ALL LAW ENFORCEMENT OFFICERS IN THE STATE OF CALIFORNIA WHO ARE AWARE OF OR SHOWN A COPY OF THE ORDER. THE TERMS AND CONDITIONS OF THIS ORDER REMAIN ENFORCEABLE REGARDLESS OF THE ACTS OF THE PARTIES; IT MAY BE CHANGED ONLY BY ORDER OF THE COURT (PENAL CODE SECTION 13710(b)).**

**YOU ARE PROHIBITED FROM OWNING, POSSESSING, PURCHASING, RECEIVING, OR ATTEMPTING TO PURCHASE OR RECEIVE A FIREARM OR AMMUNITION. (PENAL CODE SECTIONS 29825(a), 30305(a).) A VIOLATION IS SUBJECT TO A $1,000 FINE AND IMPRISONMENT OR BOTH. WITHIN 24 HOURS OF RECEIPT OF THIS ORDER, YOU MUST TURN IN YOUR FIREARMS TO A LAW ENFORCEMENT AGENCY, SELL THEM TO A LICENSED FIREARMS DEALER, OR STORE THEM WITH A LICENSED FIREARMS DEALER UNTIL THE EXPIRATION OF THIS ORDER. (PENAL CODE SECTION 29830.) PROOF OF SURRENDER, SALE, OR STORAGE MUST BE FILED WITH THE COURT WITHIN 48 HOURS OF RECEIPT OF THIS ORDER.**

---

**To the restrained person:** This order will last until the date and time in item 5 on the reverse. The protected person may, however, obtain a more permanent restraining order from the court. You may seek the advice of an attorney on any matter connected with this order. The attorney should be consulted promptly so that the attorney may assist you in responding to the order.

**A la persona bajo restricción judicial:** Esta orden durará hasta la fecha y hora indicada en el punto 5 al dorso. La persona protegida puede, sin embargo, obtener una orden de entredicho (restricción judicial) más permanente de la corte. Usted puede consultar a un abogado en conexión con cualquier asunto relacionado con esta orden. Debe consultar al abogado inmediatamente para que él o ella le pueda ayudar a responder a la orden.

---

**To the protected person:** This order will last only until the date and time noted in item 5 on the reverse. If you wish to seek continuing protection, you will have to apply for an order from the court at the address in item 6. You may apply for a protective order free of charge. In the case of an endangered child, you may also apply for a more permanent order at the address in item 6, or if there is a juvenile dependency action pending, you may apply for a more permanent order under section 213.5 of the Welfare and Institutions Code. In the case of a child being abducted, you may apply for a *Child Custody and Visitation Order* from the court. You may seek the advice of an attorney on any matter connected with your application for any future court orders. The attorney should be consulted promptly so that the attorney may assist you in making your application. You do not have to have an attorney to get the protective order.

**A la persona protegida:** Esta orden durará sólo hasta la fecha y hora indicada en el punto 5 al dorso. Si usted desea que la protección continúe, tendrá que solicitar una orden de la corte en la dirección indicada en el punto 6. La solicitud de la orden de protección es gratis. En el caso de que un niño o una niña se encuentre en peligro, puede solicitar una orden más permanente en la dirección indicada en el punto 6, o si hay una acción legal pendiente de tutela juvenil, puede solicitar una orden más permanente conforme a la sección 213.5 del código titulado en inglés **Welfare and Institutions Code.** En el caso del secuestro de un niño o una niña, usted puede solicitar de la corte una orden para la guarda del niño o de la niña *(Child Custody and Visitation Order)*. Puede consultar a un abogado en conexión con cualquier asunto relacionado con las solicitudes de órdenes de la corte que usted presente en el futuro. Debe consultar un abogado inmediatamente para que él o ella le pueda ayudar a presentar su solicitud. Para obtener la orden de protección no es necesario que un abogado le represente.

---

**To law enforcement:** The emergency protective order shall be served upon the restrained party by the officer, if the restrained party can reasonably be located, and a copy shall be given to the protected party. A copy shall be filed with the court as soon as practicable after issuance. Also, the officer shall have the order entered into the computer database system for protective and restraining orders maintained by the Department of Justice. The availability of an emergency protective order shall not be affected by the fact that the endangered person has vacated the household to avoid abuse. A law enforcement officer shall use every reasonable means to enforce an emergency protective order. A law enforcement officer who acts in good faith to enforce an emergency protective order shall not be held civilly or criminally liable.

---

**If a child is in danger of being abducted:** This order will last only until the date and time noted in item 5 on the reverse. You may apply for a child custody order from the court.

**En el caso de peligro de secuestro de un niño o de una niña:** Esta orden será válida sólo hasta la hora y fecha indicada en el punto 5 al dorso. Usted puede solicitar de la corte una orden para la guarda del niño o de la niña *(Child Custody and Visitation Order)*.

---

*This emergency protective order is effective when made. This order shall expire on the date and time specified in item 5 on the reverse. The provisions of this emergency protective order take precedence in enforcement over provisions of other existing protective orders between the same protected and restrained persons to the extent the provisions of this order are more restrictive. In other words, the provisions in this emergency protective order take precedence over the provisions in any other protective order, including a criminal protective order, if (1) the person to be protected is already protected by the other protective order, (2) the person to be restrained is subject to that other order, and (3) the provisions in this emergency order are more restrictive than the provisions in that other order. The provisions in another existing protective order remain in effect and take precedence if they are more restrictive than the provisions in this emergency protective order.*

MESSAGE FROM CLETS 11/04/2020

RIVERSIDE COUNTY SHERIFF'S DEPARTMENT 06:29

*****************************************************************************************

4BAFBSMV2195656.IJ
CA0330094
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD. DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD. CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****
MKE/TEMPORARY PROTECTION ORDER
ORI/CA0330000 NAM/JORDAN,DEDRICK SEX/M RAC/B
DOB/19880913 HGT/509 WGT/170 EYE/BRO HAI/BLK
SVC/1 - SERVED SVD/20201104
PNO/MV-203080349 BRD/N ISD/20201104 EXP/20201111 CTI/CA033013J
PPN/SUAZO,SHEYLA PSX/F PPR/W PPB/20001012
PCO/01 - THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING,
PCO/HARASSING, FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR
PCO/THE CHILD OF THE PROTECTED PERSON.
OCA/MV-203080349
NOA/N
MIS/RESTRAINED PERSON MUST STAY AWAY AT LEAST 100 YARDS FROM EACH PROTECTED
MIS/PERSON - RESTRAINED PERSON MUST STAY AWAY AT LEAST 100 YARDS FROM 15750
MIS/LASSELLE ST APT S IN MORENO VALLEY
DNA/N
ORI IS RIVERSIDE CO SO RIVERSIDE 951 955-2450
PCO/05 - THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE
PCO/PROTECTED PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR
PCO/TELEPHONE CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR
PCO/OTHERS WITH WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR
PCO/ALARM THE VICTIM.
PCO/07 - THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM
PCO/OR OTHER WEAPONS AS IDENTIFIED IN THE MISCELLANEOUS FIELD.
NIC/H122153278 DTE/20201104 0929 EST DLU/20201104 0929 EST

MESSAGE FROM CLETS 11/04/2020

RIVERSIDE COUNTY SHERIFF'S DEPARTMENT 06:29

*****************************************************************************************
4BAFBSMV2195656.IB
8AYX.CA0330094
RE: QRR.CA0330094.NAM/JORDAN,DEDRICK.SEX/M.DOB/19880913
MATCH MADE ON
NAM/JORDAN,DEDRICK
NAME FIELD SEARCH REVEALS:

CARPOS HIT # 001

HIT MADE ON
NAM/JORDAN,DEDRICK
FCN/4092030900107
ORI/CA0330000
OCA/MV-203080349
NIC/H122153278
*** SERVED EMERGENCY PROTECTION ORDER ***
*DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RESPONSE*
THIS RESTRAINING ORDER RESPONSE MAY BE THE SAME AS:
* * * * * RESTRAINED PERSON INFORMATION * * * * *
NAM/JORDAN,DEDRICK DOB/19880913
SEX/M RAC/B HGT/509 WGT/170 EYE/BRO HAI/BLK
MIS/RESTRAINED PERSON MUST STAY AWAY AT LEAST 100 YARDS FROM EACH
PROTECTED PERSON - RESTRAINED PERSON MUST STAY AWAY AT LEAST 100 YARDS
FROM 15750 LASSELLE ST APT S IN MORENO VALLEY
* * * * * PROTECTED PERSON INFORMATION * * * * *

PROTECTED PERSON NAME/SUAZO,SHEYLA
PROTECTED PERSON SEX/F PROTECTED PERSON RACE/H
PROTECTED PERSON DOB/20001012

* * * * * COURT INFORMATION * * * * *
RESTRAINED PERSON PRESENT IN COURT/NO
COURT NAME/RIVERSIDE COUNTY SUPERIOR (RIVERSIDE)
COURT PHONE NUMBER/(951) 777-3147
COURT CASE NUMBER/MV-203080349
ISSUE DATE/20201104 EXPIRATION DATE/20201111
CONTACT PROTECTED PERSON/NO - THE RESTRAINED PERSON MUST NOT CONTACT,
MOLEST, ATTACK, STRIKE, THREATEN, SEXUALLY ASSAULT, BATTER, TELEPHONE,
OR OTHERWISE HARASS OR DISTURB THE PEACE OF EACH PROTECTED PERSON(S)

FIREARM PROVISIONS/CANNOT POSSESS, PURCHASE, OR RECEIVE FIREARMS OR
AMMO, MUST SURRENDER ALL FIREARMS TO LEA OR SELL OR STORE WITH LICENSED
GUN DEALER, MUST SHOW PROOF OF SURRENDER TO COURT

* * * * * SERVICE INFORMATION * * * * *
SERVED DATE/20201104 TIME/0430
SERVED BY/HENESEY,DEPUTY/5656
AGENCY/RIVERSIDE COUNTY SHERIFF
IMMEDIATELY CONFIRM WITH CA0330000 RIVERSIDE CO SO RVSO
TELEPHONE 951 955-2450
********** VIOLATION MESSAGE **********
NUMBER OF PRIOR VIOLATION MSG/000
********** END OF CARPOS MESSAGE **********

# RIVERSIDE COUNTY SHERIFF'S DOMESTIC VIOLENCE WORKSHEET

**CASE #:** MV203080349

**REPORTING OFFICER & ID#:** HENESEY 5656

## RELATIONSHIP BETWEEN SUSPECT AND VICTIM

☐ Spouse ☐ Former Spouse ☒ Dating ☐ Formerly Dating ☐ Engaged ☐ Formerly Engaged ☐ Child in Common
☐ Cohabitants (*intimate partner, not related*) ☐ Former Cohabitants
Length of Relationship: 0 Year(s) 9 Month(s) Date Relationship Started: FEB 2020 Date Ended: ____

## VICTIM

**VICTIM NAME:** (Last, First, Middle) [redacted]

**DOB:** 10/12/2000 Male ☐ Female ☒

### EMOTIONAL DEMEANOR ON ARRIVAL

☐ Upset ☒ Crying ☒ Fearful ☐ Calm
☐ Angry ☒ Nervous ☐ Flat Affect ☐ Not present

### INJURIES

☒ Report of Pain ☒ Bruise(s) ☒ Abrasion(s) ☐ Head Injury
☐ Laceration(s) ☐ Possible Broken Bones ☐ Soreness
☐ Unknown ☐ Other: ____
Explain: ____
☐ SEXUAL ASSAULT Forensic Exam Offered ☐ Refused ☐ Accepted
☐ No visible injuries ☐ No injuries reported
Draw location of injuries in diagram below:



1) ABRASIONS
2) COMPLAINT OF PAIN TO NECK

### MEDICAL TREATMENT/VICTIM

☐ None ☐ First Aid Provided ☒ Declined Medical ☐ Will Seek Own
☒ Paramedic Response ☐ Transported to Hospital
Hospital/Medical Unit: AMR
Medical Release signed? ☒ Yes ☐ No ☐ Refused
Is Victim Pregnant? ☐ Yes ☒ No ☐ Unknown

### SUBSTANCE ABUSE

Possible Influence of: ☐ Alcohol ☐ Drugs ☒ None
☐ Symptoms Observed: ____
History of Substance Abuse by Victim?: ☐ Yes ☒ No
Sample taken by: ____
☐ Requested Preservation (Sample Taken at Hospital)

## SUSPECT

**SUSPECT NAME:** (Last, First, Middle) JORDAN, DEDRICK

**DOB:** 07/13/88 Male ☒ Female ☐

### EMOTIONAL DEMEANOR ON ARRIVAL

☐ Upset ☐ Crying ☐ Fearful ☒ Calm
☐ Angry ☐ Nervous ☐ Flat Affect ☐ Not present

### INJURIES

☐ Report of Pain ☐ Bruise(s) ☐ Abrasion(s) ☐ Head Injury
☐ Laceration(s) ☐ Possible Broken Bones ☐ Soreness
☐ Unknown ☒ Other: ANKLE INJURY
Explain: PRE-EXISTING ANKLE INJURY
☐ Suspect exam conducted: ☐ Yes ☐ No
☒ No visible injuries ☐ No injuries reported
Draw location of injuries in diagram below:



### MEDICAL TREATMENT/SUSPECT

☒ None ☐ First Aid Provided ☐ Declined Medical ☐ Will Seek Own
☐ Paramedic Response ☐ Transported to Hospital
Hospital/Medical Unit: ____
Medical Release signed? ☐ Yes ☐ No ☐ Refused

### SUBSTANCE ABUSE

Possible Influence of: ☐ Alcohol ☐ Drugs ☒ None
☐ Symptoms Observed: ____
History of Substance Abuse by Suspect?: ☐ Yes ☒ No
Sample taken by: ____
☐ Requested Preservation (Sample Taken at Hospital)

## STRANGULATION

Did Suspect strangle, "choke," or suffocate the Victim? ☐ Yes ☒ No *If "Yes," complete the Strangulation Worksheet*

Form 460

## RIVERSIDE COUNTY SHERIFF'S DOMESTIC VIOLENCE WORKSHEET

DOMESTIC VIOLENCE WORKSHEET (CONTINUED)

### FIREARMS/DEADLY WEAPONS OWNED/USED/IMPOUNDED

Firearm(s)/Deadly Weapon(s) used during the incident? ☐ Yes ☐ No List/Describe weapon(s) used:__________

Does Suspect have access to firearms? ☐ Yes ☐ No List/Describe:__________

Firearm(s)/Deadly Weapon(s) impounded per PC 18250? ☐ Yes ☐ No List/Describe weapon(s) impounded:__________

### EVIDENCE COLLECTED

SCENE: ☐ Photographs (Overall/relational/close-ups) ☐ Weapons (used/displayed) ☐ Relevant/damaged property ☐ Electronics ☐ Other __________

VICTIM: ☐ Domestic Violence exam ☐ Forensic exam (SART) ☐ Clothing ☐ Electronics ☐ Social Media identified/preserved ☐ User names/email addresses, etc. ☐ Photographs (Overall/relational/close-ups; each side, front/ back of hands, injuries/lack of visible injury, etc.) ☐ Other __________

SUSPECT: ☐ Suspect Forensic exam ☐ Clothing ☐ Electronics ☐ Social Media identified/preserved ☐ User names/email addresses ☐ Photographs (Overall/relational/close-ups; each side, front/ back of hands, injuries/lack of visible injury, etc.) ☐ Other __________

### HISTORY OF ABUSE

Prior history of physical abuse/threats? ☐ Yes ☐ No Prior history documented by law enforcement?: ☐ Yes ☐ No

Approximate number of prior incidents: __________ Case Number(s): __________

Investigating Agency(-ies):__________

Any evidence of Human Trafficking?: ☐ Yes ☐ No *If "Yes," forward report to Anti-Human Trafficking Team*

Previous abuse by Suspect to Victim: ☐ Threatened with weapons ☐ Threatened to harm/kill Victim or Victim's children/family/animals ☐ Constantly jealous ☐ Controls Victim's daily activities ☐ Abuse more frequent? ☐ Past strangulation ☐ Past property damage

Dynamics: ☐ Harmful language (belittling, humiliation, name calling) ☐ Using social standing (manipulation due to class, popularity, etc.) ☐ Intimidation (abusing pets, displaying weapons, property destruction) ☐ Sexual abuse, coercion, harassment, assault ☐ Exclusion (controlling environment & contacts, isolation) ☐ Using technology (breaking into email, social media, unwanted messages, pressure to send/provide sexual photos) ☐ Other: __________

*If "Yes," to any of above, please use report narrative to provide further information*

### RESTRAINING ORDERS

EPO/TRO/RO on record: ☐ Yes ☐ No Issuing Court/RO Number: __________

EPO Offered: ☐ Yes ☐ No (V) Accepted: ☐ Yes ☐ No EPO obtained: ☐ Yes ☐ No Served: ☐ Yes ☐ No *By/When*__________

Gun Violence Restraining Order indicated? ☐ Yes ☐ No GVRO obtained: ☐ Yes ☐ No Served: ☐ Yes ☐ No *By/When*__________

*If GVRO obtained, forward a copy to Investigations for follow-up on civil GVRO* Judge Granting/Denying order(s): __________

### INVESTIGATIVE CONSIDERATIONS

GBI inflicted: ☐ Yes ☐ No *If, "Yes,"* 12022.7(e) PC submitted: ☐ Yes ☐ No

☐ Pre-text call ☐ Forensic download of electronics ☐ Screenshots of messages/Social media ☐ Recordings of voicemails

Bail Enhancement indicated: ☐ Yes ☐ No Bail Enhancement obtained: ☐ Yes ☐ No *If, "Yes," original attached to report, copy to jail*

STALKING: With or without a restraining order, is Suspect following, contacting, harassing, emailing/texting, etc. (2X or more) the Victim AND is there a Credible Threat or Reasonable Threat through Course of Conduct present? ☐ Yes ☐ No

*If "Yes," evaluate for Stalking, PC 646.9 (a) (without a restraining order) OR (b) (with a restraining order)*

### CHILD WITNESSES/CROSS REPORT to CHILD PROTECTIVE SERVICES

Children present during incident: ☐ Yes ☐ No All Child Witness statements taken? ☐ Yes ☐ No

Child Endangerment indicated: ☐ Yes ☐ No Cross report with Child Protective Services filed? ☐ Yes ☐ No CR#:__________

*All children shall be identified and listed with complete information within the report. All children shall be interviewed absent exigent circumstances (under two years of age and non-verbal, disability, etc.). A Cross Report must be filed in all violent incidents where children were present. If drugs were involved, advise the CPS hotline worker so the Drug-Endangered Children (DEC) referral may be made.*

**VICTIM RESOURCES PROVIDED** *(per 13701 PC)*: ☐ DV/SA Resources Tri-Fold *(required)* ☐ Marsy's Card *(required)*

☐ Advocate__________ ☐ Other__________

# RIVERSIDE COUNTY SHERIFF'S DEPARTMENT

## LETHALITY ASSESSMENT QUESTIONS

The lethality assessment is designed to identify risk factors of an abuser that could lead to additional violence including homicide. This list is by no means the entire investigation. There is no score but the more yes's, the higher the risk. The answers should make you and the victim more aware of the danger the abuser poses. This awareness can assist you in making decisions about writing Ramey warrants, forwarding the case to investigations for follow-up, obtaining gun violence restraining orders, EPO's, calling on-call advocates and so on. Please attach this form to your report and forward a copy to your station's Domestic Violence Threat Management Detective for their review.

Suspect's Name JORDAN, DEDRICK DOB 09/13/98

File number MV203080349 Deputy/ID HENNESEY #5656

1. Does the abuser have a history of DV, hostage taking, stalking, abducting or weapons violations? Yes [X] No [ ]
   If yes, was the abuser arrested? Yes [X] No [X]
   If yes, what was the outcome?
2. Does the abuser have a violent history with others? Yes [X] No [ ]
3. Has the violence increased over the past year? Yes [X] No [ ]
   If yes, do you know why? "GANG BANGING"
4. Has the abuser expressed thoughts or threatened to hurt or kill you, your children, a loved one or pets? Yes [X] No [ ]
5. Does the abuser have access to firearms? Yes [X] No [ ]
   (If yes, consider utilizing a Gun Violence Restraining Order)
6. Has the abuser ever used a firearm or other weapons to threaten you? Yes [X] No [ ]
7. Has the abuser ever strangled you? (choked, suffocated or cut off airway) Yes [X] No [ ]
8. Does the abuser have a history of arson? Yes [ ] No [X]
9. Does the abuser express jealousy or ownership over you? Yes [X] No [ ]
10. Does the abuser accuse you of infidelity? Yes [X] No [ ]
11. Does the abuser isolate you from others? Yes [X] No [ ]
    If yes, who? FRIENDS / MOM / COUSIN
12. Does your abuser monitor or control your daily activities including finances? Yes [X] No [ ]
13. Is the abuser depressed or have a mental illness? Yes [X] No [ ] PTSD
14. Is the abuser unemployed or recently unemployed? Yes [X] No [ ]
15. Does the abuser use drugs and/or alcohol? Yes [ ] No [X]
16. Has the abuser threatened or attempted suicide in the past? Yes [ ] No [X]
17. Do you have children with the abuser? Yes [ ] No [X]
    If yes, has he been abusive toward them? ~~Yes [ ] No [ ]~~
18. Has the abuser ever forced you to have sex when you did not want to? Yes [X] No [ ]
19. Do you believe the abuser is capable of killing you or anyone else? Yes [X] No [ ]
    If yes, why? HE SHOWS ME THE GUN / PUTS IT TO MY HEAD

**This form is aligned with SB1331 and in compliance with POST requirements.**

# Riverside County Sheriff's Department

## New Property / Evidence Report

| | | | | | |
|---|---|---|---|---|---|
| ***Deputy Name:*** | HENESEY, Shaun | ***Deputy ID:*** | 5656 | ***Incident Number:*** | MV20308034 9 |

| *Evidence Barcode:* | | *Date Entered:* | *Item Description:* | *Mailing Address:* | *Tickler will be sent:* | *Entered By (ID):* |
|---|---|---|---|---|---|---|
| 2313971 | | 11/4/2020 | Item Description: DVD-R BWC. This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5656 |



rev 051109 NER

# Riverside County Sheriff's Department

## New Property / Evidence Report

| Deputy Name: | HENESEY, Shaun | Deputy ID: | 5656 | Incident Number: | MV203080349 |
|---|---|---|---|---|---|

| Evidence Barcode: | Date Entered: | Item Description: | Mailing Address: | Tickler will be sent: | Entered By (ID): |
|---|---|---|---|---|---|
| 2314081 | 11/4/2020 | Item Description: 2 apple iphones belonging to Dedrick Color: black. Make / Mfg: apple. Model: iphone. . This item is related to the following SUSPECT: jordan, dedrick. | 15750 lasselle St moreno valley | 2/2/2021 | 5656 |
| 2314083 | 11/4/2020 | Item Description: black nike glove. This item is related to the following SUSPECT: jordan, dedrick. | 15750 lasselle St moreno valley | 2/2/2021 | 5656 |



rev 051109 NER

# INCIDENT REPORT

DATE PREPARED: 11/03/2020 RIVERSIDE COUNTY SHERIFF CA0330000 ☐ INITIAL ☒ SUPPLEMENTAL

| 1. FILE NUMBER | 2. DATE/TIME REPORTED | 3. DATE/TIME ASSIGNED | 4. DATE/TIME INV. START | 5. DATE/TIME INV. TERM | 6. ADULT ARR | 7. JUV ARR |
|---|---|---|---|---|---|---|
| MV203080349 | | | | | | |

| 8. OFFENSES - CODE SECTION | CRIME | COUNTS | 9. EDP CODE |
|---|---|---|---|
| No Change | | | |
| 10. OFFENSES - CODE SECTION (Add or Change to) | CRIME | COUNTS | 11. EDP CODE |
| 12. OFFENSES - CODE SECTION (Add or Change to) | CRIME | COUNTS | 13. EDP CODE |

| 14. LOCATION OF OCCURRENCE | 15. REP. DIST | 16. OCCURRED ON- DATE/TIME | 17. OR BETWEEN DATE/TIME |
|---|---|---|---|
| | | | |

| 18. BUSINESS NAME | 19. BUSINESS PHONE | 20. CASE STATUS/ CLEARANCE |
|---|---|---|
| | | |

21. WAS THIS INCIDENT RELATED TO MARIJUANA? ☐ YES ☒ NO (If yes, briefly include in narrative or additional details how it was related)

22. BWC VIDEO (CAPTURED BY YOU OR ANY OTHER DEPARTMENT MEMBER) ☒ YES ☐ NO

## VICTIM – REPORTING PARTY – WITNESS – OTHERS: ☐ SEE ADDITIONAL PERSONS REPORT

| 23. INVL | 24. NAME (Last, First, Middle) | 25. SEX | 26. RACE | 27. DOB | 28. AGE | 29. HT | 30. WT | 31. HAIR | 32. EYES | 33. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | | |

| 34. RESIDENCE ADDRESS | CITY | ZIP | 35. EMAIL ADDRESS | 36. RES. PHONE |
|---|---|---|---|---|
| 37. BUSINESS ADDRESS | CITY | ZIP | 38. EMAIL ADDRESS | 39. BUS. PHONE |

| 40. INVL | 41. NAME (Last, First, Middle) | 42. SEX | 43. RACE | 44. DOB | 45. AGE | 46. HT | 47. WT | 48. HAIR | 49. EYES | 50. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 51. RESIDENCE ADDRESS | CITY | ZIP | 52. EMAIL ADDRESS | 53. RES. PHONE |
|---|---|---|---|---|
| 54. BUSINESS ADDRESS | CITY | ZIP | 55. EMAIL ADDRESS | 56. BUS. PHONE |

## SUSPECT: ☐ ADULT ☐ JUVENILE ☐ PAROLE ☐ PROBATION ☐ SEE ADDITIONAL PERSONS REPORT ☐ ARRESTED

| 57. SUS# | 58. NAME (Last, First, Middle) | 59. SEX | 60. RACE | 61. DOB | 62. AGE | 63. HT | 64. WT | 65. HAIR | 66. EYES | 67. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jordan, Dedrick "P/B" | | | | | | | | | |

| 68. DRIVER'S LICENSE NUMBER / ID NUMBER | IN POSSESSION YES ☐ NO ☐ | 69. STATE | 70. SOCIAL SECURITY NUMBER | 71. MNI NUMBER | 72. CII NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| 73. RESIDENCE ADDRESS | CITY | ZIP | 74. EMAIL ADDRESS | 75. RES. PHONE |
|---|---|---|---|---|
| 76. BUSINESS ADDRESS | CITY | ZIP | 77. EMAIL ADDRESS | 78. BUS. PHONE |

79. JUVENILE DISPOSITION OTHER JURIS. JUV. CRT. PROB. WITHIN DEPT. ☐ DETAINED ☐ NOT DETAINED

80. GANG DATA

GANG NAME(S):

Member Associate Self-Admit ☐ Prior Knowledge

TATTOOS / SCARS / MARKS

☐ Face ☐ Neck ☐ R. Arm ☐ L. Arm ☐ Hands ☐ Torso ☐ Back ☐ Legs

81. TATTOOS/SCARS/MARKS/CLOTHING DESCRIPTION

## VEHICLE: ☐ REFER TO CHP 180 FORM FOR STOLEN, RECOVERED, TOWED OR IMPOUNDED

| 82. INVL | 83. LICENSE | 84. STATE | 85. YEAR | 86. MAKE | 87. MODEL | 88. BODY STYLE | 89. S/L/R/O Code: AUTO VALUE $ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 90. COLOR/COLOR | 91. VIN # | 92. OTHER IDENTIFIERS | 93. DISPOSITION OF VEHICLE |
|---|---|---|---|
| | | | |

| 94. REGISTERED OWNER | 95. ADDRESS | CITY | STATE | ZIP | 96. PHONE |
|---|---|---|---|---|---|
| | | | | | |

☐ PROPERTY REPORT ATTACHED FOR STOLEN, RECOVERED OR DAMAGED PROPERTY

97. DAMAGED PROPERTY VALUE $

| REPORTING OFFICER | OFFICER I.D. | REVIEWED BY/DATE | ENTERED BY/DATE | ENTERED BY/DATE |
|---|---|---|---|---|
| Antonio | 5539 | G. Reyes #3270 11/02/20 | 11/10/20 | |

| COPIES TO: | APR SENT: | APR CANCELLED: | DOJ-NCIC ENTERED: | DOJ-NCIC CANCELLED: |
|---|---|---|---|---|
| DA x3 | | | | |

M4441 11/19

FILE NUMBER
MV203080349

CONTINUATION PAGE



**EVIDENCE:**

| Item | QTY | Description |
|---|---|---|
| 01 | 01 | DVD containing Body Worn Camera Footage and photographs |
| 02 | 01 | Cobray PM-11 (SN: 94-0018537) |
| 03 | 01 | Cobray M11 Magazine |
| 04 | 40 | 9MM Luger Bullets |
| 05 | 01 | Photograph of Dedrick Jordan |
| 06 | 01 | Black Nike Glove |

I booked the above listed evidence items into the evidence locker at the Moreno Valley Sheriff's Station.

**DETAILS:**

On 10/19/20, about 0656 hours, Corporal Rodriguez and I responded to 15750 Lasselle Street, in the city of Moreno Valley, reference a spousal abuse. Per the text of the call, the reporting party, [redacted] told Sheriff's dispatch her boyfriend, Dedrick Jordan, was armed with a gun and threatened to kill her.

I arrived at the location and additional deputies were on scene. Per [redacted] Jordan had a gun and looking for her. I began to check the area at the above-listed location but could not locate Jordan. Assisting deputies canvased the outer perimeter of the complex and saw a vehicle that matched [redacted] vehicle. After conducting a record inquiry of the vehicle, dispatch confirmed it was [redacted] vehicle. The vehicle was unoccupied.

I continued to canvas the area of the apartment complex. According to [redacted] Jordan drives a burgundy Mercedes and parked it in the apartment complex. Assisting deputies and I located the Mercedes and it was unoccupied. Moments later, I heard through the radio, deputies located Jordan off John F Kennedy Drive and Kitching Street. Sergeant Reyes came back to the apartment complex and gave Deputy Henesey the keys to the apartment. With [redacted] consent, she identified the key and gave permission to enter the residence.

I began to check the residence for any leads or evidence. As I walked in the residence, I located a Cobray PM-11 semi-automatic pistol (Serial Number 94-0018537) just to the right of the entry way. [redacted] stated, that was the gun Jordan used to point at her. Next the the gun, was a black Nike glove. [redacted] stated, Jordan had it on while she was being assaulted. I saw a photo of on the kitchen counter. I asked [redacted] if this is Jordan, she said "Yeah."

| FILE NUMBER |
| --- |
| MV203080349 |

**CONTINUATION PAGE**



[redacted] gave me permission to go through the entire residence, I located a box of 9mm ammunition on the balcony closet. I took photos of the residence and items discovered. In addition, I took photos of [redacted] full body and injuries. Prior to collecting the gun, I made the gun safe and discovered a 9mm Luger bullet in the camber and 16 bullets in the magazine. I collected the items listed above. I stood by at the location until the scene was secure.

About 0618 hours, I had the gun entered into the automated firearm system by N2564 as stored evidence. I had no further interaction in this investigation. This report is written as a supplemental report to Deputy Henesey's initial.

**CASE STATUS:**

Arrest

# Riverside County Sheriff's Department

## New Property / Evidence Report

| **Deputy Name:** | ANTONIO,FREDIRICK | **Deputy ID:** | 5539 | **Incident Number:** | MV203080349 |
|---|---|---|---|---|---|

| | Evidence Barcode: | Date Entered: | Item Description: | Mailing Address: | Tickler will be sent: | Entered By (ID): |
|---|---|---|---|---|---|---|
| 2313964 | | 11/4/2020 | Item Description: DVD-R BWC AND PHOTOGRAPHS. This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5539 |
| 2313966 | | 11/4/2020 | Item Description: COBRAY PM-11 .9 Caliber. . Barrel Length: 9 Category: Semi Automatic. Make / Mfg: COBRAY. Model: PM-11. Serial No: 94-0018537. . This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5539 |
| 2313967 | | 11/4/2020 | Item Description: COBRAY M11 MAGAZINE. This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5539 |
| 2313968 | | 11/4/2020 | Item Description: 9MM LUGER BULLETS. This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5539 |
| 2313969 | | 11/4/2020 | Item Description: PHOTO. This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5539 |
| 2313970 | | 11/4/2020 | Item Description: BLACK NIKE GLOVE. This item is related to the following VICTIM: [redacted] | [redacted] | 2/2/2021 | 5539 |



rev 051109 NER

# INCIDENT REPORT

DATE PREPARED: 11/04/2020 RIVERSIDE COUNTY SHERIFF CA0330000 ☐ INITIAL ☒ SUPPLEMENTAL

| 1. FILE NUMBER | 2. DATE/TIME REPORTED | 3. DATE/TIME ASSIGNED | 4. DATE/TIME INV. START | 5. DATE/TIME INV. TERM | 6. ADULT ARR | 7. JUV ARR |
|---|---|---|---|---|---|---|
| MV203080349 | | | | | 0 | 0 |

| 8. OFFENSES - CODE SECTION | CRIME | COUNTS | 9. EDP CODE |
|---|---|---|---|
| No Change | | 01 | |
| 10. OFFENSES - CODE SECTION (Add or Change to) | CRIME | COUNTS | 11. EDP CODE |
| | | | |
| 12. OFFENSES - CODE SECTION (Add or Change to) | CRIME | COUNTS | 13. EDP CODE |
| | | | |

| 14. LOCATION OF OCCURRENCE | 15. REP. DIST. | 16. OCCURRED ON- DATE/TIME | 17. OR BETWEEN DATE/TIME |
|---|---|---|---|
| 15750 Lasselle St.,Moreno Valley | 604C2 | 11/03/2020 2342 | |

| 18. BUSINESS NAME | 19. BUSINESS PHONE | 20. CASE STATUS/ CLEARANCE |
|---|---|---|
| | | ARR |

21. WAS THIS INCIDENT RELATED TO MARIJUANA? ☐ YES ☒ NO (If yes, briefly include in narrative or additional details how it was related)

22. BWC VIDEO (CAPTURED BY YOU OR ANY OTHER DEPARTMENT MEMBER) ☒ YES ☐ NO

## VICTIM – REPORTING PARTY – WITNESS – OTHERS: ☐ SEE ADDITIONAL PERSONS REPORT

| 23. INVL | 24. NAME (Last, First, Middle) | 25. SEX | 26. RACE | 27. DOB | 28. AGE | 29. HT | 30. WT | 31. HAIR | 32. EYES | 33. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| V-1 | Confidential- Previously Blocked | | | | | | | | | |

| 34. RESIDENCE ADDRESS | CITY | ZIP | 35. EMAIL ADDRESS | 36. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 37. BUSINESS ADDRESS | CITY | ZIP | 38. EMAIL ADDRESS | 39. BUS. PHONE |
| | | | | |

| 40. INVL | 41. NAME (Last, First, Middle) | 42. SEX | 43. RACE | 44. DOB | 45. AGE | 46. HT | 47. WT | 48. HAIR | 49. EYES | 50. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| OTH | Deputy Lomelli 5486 | | | | | | | | | |

| 51. RESIDENCE ADDRESS | CITY | ZIP | 52. EMAIL ADDRESS | 53. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 54. BUSINESS ADDRESS | CITY | ZIP | 55. EMAIL ADDRESS | 56. BUS. PHONE |
| 22850 Calle San Juan De Los Lagos | Moreno Valley | 92553 | | 951 247-8700 |

## SUSPECT: ☐ ADULT ☐ JUVENILE ☐ PAROLE ☐ PROBATION ☐ SEE ADDITIONAL PERSONS REPORT ☐ ARRESTED

| 57. SUS# | 58. NAME (Last, First, Middle) | 59. SEX | 60. RACE | 61. DOB | 62. AGE | 63. HT | 64. WT | 65. HAIR | 66. EYES | 67. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1 | Jordan, Dedrick- Previously Blocked | | | | | | | | | |

| 68. DRIVER'S LICENSE NUMBER / ID NUMBER | IN POSSESSION | 69. STATE | 70. SOCIAL SECURITY NUMBER | 71. MNI NUMBER | 72. CII NUMBER |
|---|---|---|---|---|---|
| | YES ☐ NO ☒ | | | | |

| 73. RESIDENCE ADDRESS | CITY | ZIP | 74. EMAIL ADDRESS | 75. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 76. BUSINESS ADDRESS | CITY | ZIP | 77. EMAIL ADDRESS | 78. BUS. PHONE |
| | | | | |

79. JUVENILE DISPOSITION OTHER JURIS. JUV. CRT. PROB. WITHIN DEPT. ☐ DETAINED ☐ NOT DETAINED

80. **GANG DATA**

GANG NAME(S):

Member Associate Self-Admit ☐ Prior Knowledge

TATTOOS / SCARS / MARKS

☐ Face ☐ Neck ☐ R. Arm ☐ L. Arm ☐ Hands ☐ Torso ☐ Back ☐ Legs

81. TATTOOS/SCARS/MARKS/CLOTHING DESCRIPTION

## VEHICLE: ☐ REFER TO CHP 180 FORM FOR STOLEN, RECOVERED, TOWED OR IMPOUNDED

| 82. INVL | 83. LICENSE | 84. STATE | 85. YEAR | 86. MAKE | 87. MODEL | 88. BODY STYLE | 89. S/L/R/O Code: AUTO VALUE $ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 90. COLOR/COLOR | 91. VIN # | 92. OTHER IDENTIFIERS | 93. DISPOSITION OF VEHICLE |
|---|---|---|---|
| | | | |

| 94. REGISTERED OWNER | 95. ADDRESS | CITY | STATE | ZIP | 96. PHONE |
|---|---|---|---|---|---|
| | | | | | |

☐ PROPERTY REPORT ATTACHED FOR STOLEN, RECOVERED OR DAMAGED PROPERTY

97. DAMAGED PROPERTY VALUE $

| REPORTING OFFICER | OFFICER I.D. | REVIEWED BY/DATE | ENTERED BY/DATE | ENTERED BY/DATE |
|---|---|---|---|---|
| Ruddell | 5558 | G. Reyes #3270 10620 | 11/10/20 | |

| COPIES TO | APR SENT: | APR CANCELLED | DOJ-NCIC ENTERED: | DOJ-NCIC CANCELLED |
|---|---|---|---|---|
| DA | | | | |



M4441 11/19

FILE NUMBER
**MV203080349**

**CONTINUATION PAGE**



**EVIDENCE:**

| Item: | Qty: | Description: |
|---|---|---|
| (01) | (01) | Body Worn Camera footage and photographs of the incident Barcode:2314890 |
| (01) | (01) | 9 mm round found in V-1 vehicle. Barcode:2313988 |

All evidence was collected and entered into the Moreno Valley Police Station Evidence Locker on 11/04/2020 and 11/05/2020

**DETAILS:**

On 11/03/2020, at 2345 hours, Deputy Lomeli and I responded to a domestic abuse located at 15750 Lasselle St. We arrived at the location and contacted V-1. V-1 advised her boyfriend Dedrick Jordan had hit her and pointed a gun to her head. Jordan left the location with her vehicle (CA 8CGR426) in an unknown direction. At 0012 hours, assisting deputies located V-1's vehicle parked on Via Jardin, west of Via Rio, in the city of Moreno Valley. Deputy Lomeli and I left the apartment complex and drove to the vehicle's location.

Upon arriving at the location, V-1's vehicle was unoccupied, with the engine still warm. While searching the vehicle, I located a 9mm round on the floor of the vehicle, on the right side of the driver's seat. I took photographs of the 9mm round and collected the round for evidence. We secured the vehicle and was later released to V-1.

This report was written for documentation purposes and will be forwarded to the D.A.

**CASE STATUS:**

ARR

# Riverside County Sheriff's Department

## New Property / Evidence Report

| | | | | | |
|---|---|---|---|---|---|
| **Deputy Name:** | RUDDELL,JEFFREY | **Deputy ID:** | 5558 | **Incident Number:** | MV20308034 9 |

| Evidence Barcode: | | Date Entered: | Item Description: | Mailing Address: | Tickler will be sent: | Entered By (ID): |
|---|---|---|---|---|---|---|
| 2314890 | | 11/6/2020 | Item Description: BWC AND PHOTOGRAPHS OF THE INCIDENT. This item is related to the following SUSPECT: JORDAN, DEDRICK. | 15750 LASSELLE ST MORNEO VALLEY | 2/4/2021 | 5558 |

# Riverside County Sheriff's Department

## New Property / Evidence Report

| **Deputy Name:** | RUDDELL,JEFFREY | **Deputy ID:** | 5558 | **Incident Number:** | MV20308034 9 |
|---|---|---|---|---|---|

| **Evidence Barcode:** | | **Date Entered:** | **Item Description:** | **Mailing Address:** | **Tickler will be sent:** | **Entered By (ID):** |
|---|---|---|---|---|---|---|
| 2313988 | | 11/4/2020 | Item Description: 9MM ROUND FOUND IN VICTIMS VEHICLE. This item is related to the following SUSPECT: JORDAN, DEDRICK. | 15750 LASSELLE ST MORNEO VALLEY | 2/2/2021 | 5558 |



rev 051109 NER

# INCIDENT REPORT

(4) MT

DATE PREPARED: 11/06/2020 RIVERSIDE COUNTY SHERIFF CA0330000 ☐ INITIAL ☒ SUPPLEMENTAL

| 1. FILE NUMBER | 2. DATE/TIME REPORTED | 3. DATE/TIME ASSIGNED | 4. DATE/TIME INV. START | 5. DATE/TIME INV. TERM | 6. ADULT ARR | 7. JUV ARR |
|---|---|---|---|---|---|---|
| MV203080349 | | | | | 0 | 0 |

| 8. OFFENSES – CODE SECTION | CRIME | COUNTS | 9. EDP CODE |
|---|---|---|---|
| N/C | No Change | | |
| 10. OFFENSES – CODE SECTION (Add or Change to) | CRIME | COUNTS | 11. EDP CODE |
| | | | |
| 12. OFFENSES – CODE SECTION (Add or Change to) | CRIME | COUNTS | 13. EDP CODE |
| | | | |

| 14. LOCATION OF OCCURRENCE | 15. REP. DIST. | 16. OCCURRED ON- DATE/TIME | 17. OR BETWEEN DATE/TIME |
|---|---|---|---|
| 15770 Lasselle St. Unit 12 U | 604C2 | | |
| 18. BUSINESS NAME | | 19. BUSINESS PHONE | 20. CASE STATUS/ CLEARANCE: EXC |

21. WAS THIS INCIDENT RELATED TO MARIJUANA? ☐ YES ☒ NO (If yes, briefly include in narrative or additional details how it was related)

22. BWC VIDEO (CAPTURED BY YOU OR ANY OTHER DEPARTMENT MEMBER) ☒ YES ☐ NO

## VICTIM – REPORTING PARTY – WITNESS – OTHERS:

☐ SEE ADDITIONAL PERSONS REPORT

| 23. INVL | 24. NAME (Last, First, Middle) | 25. SEX | 26. RACE | 27. DOB | 28. AGE | 29. HT | 30. WT | 31. HAIR | 32. EYES | 33. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| WIT | [redacted] | F | B | 09/15/1995 | | | | | | |

| 34. RESIDENCE ADDRESS | CITY | ZIP | 35. EMAIL ADDRESS | 36. RES. PHONE |
|---|---|---|---|---|
| [redacted] | | | | [redacted] |
| 37. BUSINESS ADDRESS | CITY | ZIP | 38. EMAIL ADDRESS | 39. BUS. PHONE |
| unk | | | | |

| 40. INVL | 41. NAME (Last, First, Middle) | 42. SEX | 43. RACE | 44. DOB | 45. AGE | 46. HT | 47. WT | 48. HAIR | 49. EYES | 50. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 51. RESIDENCE ADDRESS | CITY | ZIP | 52. EMAIL ADDRESS | 53. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 54. BUSINESS ADDRESS | CITY | ZIP | 55. EMAIL ADDRESS | 56. BUS. PHONE |
| | | | | |

## SUSPECT:

☐ ADULT ☐ JUVENILE ☐ PAROLE ☐ PROBATION ☐ SEE ADDITIONAL PERSONS REPORT ☐ ARRESTED

| 57. SUS# | 58. NAME (Last, First, Middle) | 59. SEX | 60. RACE | 61. DOB | 62. AGE | 63. HT | 64. WT | 65. HAIR | 66. EYES | 67. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 68. DRIVER'S LICENSE NUMBER / ID NUMBER | IN POSSESSION YES ☐ NO ☐ | 69. STATE | 70. SOCIAL SECURITY NUMBER | 71. MNI NUMBER | 72. CII NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| 73. RESIDENCE ADDRESS | CITY | ZIP | 74. EMAIL ADDRESS | 75. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 76. BUSINESS ADDRESS | CITY | ZIP | 77. EMAIL ADDRESS | 78. BUS. PHONE |
| | | | | |

79. JUVENILE DISPOSITION OTHER JURIS. JUV. CRT. PROB. WITHIN DEPT. ☐ DETAINED ☐ NOT DETAINED

80. **GANG DATA**

GANG NAME(S): ____

Member Associate Self-Admit ☐ Prior Knowledge

TATTOOS / SCARS / MARKS

☐ Face ☐ Neck ☐ R. Arm ☐ L. Arm ☐ Hands ☐ Torso ☐ Back ☐ Legs

81. TATTOOS/SCARS/MARKS/CLOTHING DESCRIPTION

## VEHICLE:

☐ REFER TO CHP 180 FORM FOR STOLEN, RECOVERED, TOWED OR IMPOUNDED

| 82. INVL | 83. LICENSE | 84. STATE | 85. YEAR | 86. MAKE | 87. MODEL | 88. BODY STYLE | 89. S/L/R/O Code: AUTO VALUE $ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 90. COLOR/COLOR | 91. VIN # | 92. OTHER IDENTIFIERS | 93. DISPOSITION OF VEHICLE |
|---|---|---|---|
| | | | |

| 94. REGISTERED OWNER | 95. ADDRESS | CITY | STATE | ZIP | 96. PHONE |
|---|---|---|---|---|---|
| | | | | | |

☐ PROPERTY REPORT ATTACHED FOR STOLEN, RECOVERED OR DAMAGED PROPERTY

97. DAMAGED PROPERTY VALUE $

| REPORTING OFFICER | OFFICER I.D. | REVIEWED BY/DATE | ENTERED BY/DATE | ENTERED BY/DATE |
|---|---|---|---|---|
| Hencsey | 5656 | 4583 11/06/20 | 11/10/20 | |

| COPIES TO | APR SENT: | APR CANCELLED: | DOJ-NCIC ENTERED | DOJ-NCIC CANCELLED |
|---|---|---|---|---|
| D.A. x3 | | | | |

M4441 11/19

| FILE NUMBER | | |
|---|---|---|
| MV203080349 | CONTINUATION PAGE | Page Number: 2 |

**EVIDENCE:**

| **ITEM:** | **QUANTITY:** | **DESCRIPTION:** |
|---|---|---|
| 01 | 01 | DVD-R with BWC video. |

I entered the above item(s) into an evidence locker at the Moreno Valley Station.

**DETAILS:**

On Thursday, November 5, 2020 about 1615 hours, I responded to [redacted] to interview a witness for a domestic violence incident that happened on November 3, 2020. Upon arrival, I contacted (WIT) [redacted] who lives at the above listed address. The following is a summary of her statement:

About 2100 hours, a female, later identified as V1, frantically knocked on her door and rang the doorbell so she opened the door. V1 looked like she was in distress and begged for help and said her boyfriend was trying to kill her. V1 said her boyfriend put her in a ditch and tried to kill her and wanted to use her phone. She let V1 use her boyfriend's phone [redacted] to call the police. It took about 5 or 10 minutes for the police to arrive.

[redacted] described V1 as in a panic and she looked like she was trying to run away from someone. I asked if V1 looked like she was in fear for her life and [redacted] stated, "Yes." She does not know V1 and has never seen her before.

[redacted] had no further information regarding the incident.

**CASE STATUS:**

Exceptional

# Riverside County Sheriff's Department

## New Property / Evidence Report

| Deputy Name: | HENESEY, Shaun | Deputy ID: | 5656 | Incident Number: | MV203080349 |
| --- | --- | --- | --- | --- | --- |

| Evidence Barcode: | Date Entered: | Item Description: | Mailing Address: | Tickler will be sent: | Entered By (ID): |
| --- | --- | --- | --- | --- | --- |
| 2314882 | 11/6/2020 | Item Description: DVD-R WITH BWC VIDEO. | 15770 LASSELLE ST 12U<br>MORENO VALLEY | 2/4/2021 | 5656 |



rev 051109 NER

DW (3)

# INCIDENT REPORT

DATE PREPARED: 11/04/2020 RIVERSIDE COUNTY SHERIFF CA0330000 ☐ INITIAL ☒ SUPPLEMENTAL

| 1. FILE NUMBER | 2. DATE/TIME REPORTED | 3. DATE/TIME ASSIGNED | 4. DATE/TIME INV. START | 5. DATE/TIME INV. TERM | 6. ADULT ARR | 7. JUV ARR |
|---|---|---|---|---|---|---|
| MV203080349 | | | | | | |

| 8. OFFENSES - CODE SECTION | CRIME | COUNTS | 9. EDP CODE |
|---|---|---|---|
| No Change | | | |
| 10. OFFENSES - CODE SECTION (Add or Change to) | CRIME | COUNTS | 11. EDP CODE |
| | | | |
| 12. OFFENSES - CODE SECTION (Add or Change to) | CRIME | COUNTS | 13. EDP CODE |
| | | | |

| 14. LOCATION OF OCCURRENCE | 15. REP. DIST | 16. OCCURRED ON- DATE/TIME | 17. OR BETWEEN DATE/TIME |
|---|---|---|---|
| | | | |

| 18. BUSINESS NAME | 19. BUSINESS PHONE | 20. CASE STATUS/ CLEARANCE |
|---|---|---|
| | | ARR. |

21. WAS THIS INCIDENT RELATED TO MARIJUANA? ☐ YES ☒ NO (If yes, briefly include in narrative or additional details how it was related)

22. BWC VIDEO (CAPTURED BY YOU OR ANY OTHER DEPARTMENT MEMBER) ☒ YES ☐ NO

## VICTIM – REPORTING PARTY – WITNESS – OTHERS: ☐ SEE ADDITIONAL PERSONS REPORT

| 23. INVL | 24. NAME (Last, First, Middle) | 25. SEX | 26. RACE | 27. DOB | 26. AGE | 29. HT | 30. WT | 31. HAIR | 32. EYES | 33. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| V-1 | Confidential (PB) | | | | | | | | | |

| 34. RESIDENCE ADDRESS | CITY | ZIP | 35. EMAIL ADDRESS | 36. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 37. BUSINESS ADDRESS | CITY | ZIP | 38. EMAIL ADDRESS | 39. BUS. PHONE |
| | | | | |

| 40. INVL | 41. NAME (Last, First, Middle) | 42. SEX | 43. RACE | 44. DOB | 45. AGE | 46. HT | 47. WT | 48. HAIR | 49. EYES | 50. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| 51. RESIDENCE ADDRESS | CITY | ZIP | 52. EMAIL ADDRESS | 53. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 54. BUSINESS ADDRESS | CITY | ZIP | 55. EMAIL ADDRESS | 56. BUS. PHONE |
| | | | | |

## SUSPECT: ☐ ADULT ☐ JUVENILE ☐ PAROLE ☐ PROBATION ☐ SEE ADDITIONAL PERSONS REPORT ☐ ARRESTED

| 57. SUS# | 58. NAME (Last, First, Middle) | 59. SEX | 60. RACE | 61. DOB | 62. AGE | 63. HT | 64. WT | 65. HAIR | 66. EYES | 67. SKIN |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Jordan, Dedrick Deshon (PB) | | | | | | | | | |

| 68. DRIVER'S LICENSE NUMBER / ID NUMBER | IN POSSESSION | 69. STATE | 70. SOCIAL SECURITY NUMBER | 71. MNI NUMBER | 72. CII NUMBER |
|---|---|---|---|---|---|
| | YES ☐ NO ☐ | | | | |

| 73. RESIDENCE ADDRESS | CITY | ZIP | 74. EMAIL ADDRESS | 75. RES. PHONE |
|---|---|---|---|---|
| | | | | |
| 76. BUSINESS ADDRESS | CITY | ZIP | 77. EMAIL ADDRESS | 78. BUS. PHONE |
| | | | | |

79. JUVENILE DISPOSITION ☐ OTHER JURIS. ☐ JUV. CRT. PROB. ☐ WITHIN DEPT. ☐ DETAINED ☐ NOT DETAINED

80. **GANG DATA**

GANG NAME(S): ____________

☐ Member ☐ Associate ☐ Self-Admit ☐ Prior Knowledge

TATTOOS / SCARS / MARKS

☐ Face ☐ Neck ☐ R. Arm ☐ L. Arm ☐ Hands ☐ Torso ☐ Back ☐ Legs

81. TATTOOS/SCARS/MARKS/CLOTHING DESCRIPTION

## VEHICLE: ☐ REFER TO CHP 180 FORM FOR STOLEN, RECOVERED, TOWED OR IMPOUNDED

| 82. INVL | 83. LICENSE | 84. STATE | 85. YEAR | 86. MAKE | 87. MODEL | 88. BODY STYLE | 89. S/L/R/O Code: | AUTO VALUE $ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 90. COLOR/COLOR | 91. VIN # | 92. OTHER IDENTIFIERS | 93. DISPOSITION OF VEHICLE |
|---|---|---|---|
| | | | |

| 94. REGISTERED OWNER | 95. ADDRESS | CITY | STATE | ZIP | 96. PHONE |
|---|---|---|---|---|---|
| | | | | | |

☐ PROPERTY REPORT ATTACHED FOR STOLEN, RECOVERED OR DAMAGED PROPERTY

97. DAMAGED PROPERTY VALUE $

| REPORTING OFFICER | OFFICER I.D. | REVIEWED BY/DATE | ENTERED BY/DATE | ENTERED BY/DATE |
|---|---|---|---|---|
| Duran | 5297 | G. Reyes #3270 11/05/20 | 11/6/20 | |

| COPIES TO | APR SENT: | APR CANCELLED: | DOJ-NCIC ENTERED: | DOJ-NCIC CANCELLED |
|---|---|---|---|---|
| Riv.DA/Dep.Henesey #5656 | | | | |

N444 11/19

| FILE NUMBER |
|---|
| MV203080349 |

**CONTINUATION PAGE**

Page Number: 2 of 2

**EVIDENCE:**

| Item | Quantity | Description |
|---|---|---|
| 01 | 01 | DVR containing BWC (Barcode # 2314751). |

I entered the above evidence into an evidence locker at the Moreno Valley Sheriff Station on 11/05/2020.

**DETAILS:**

On 11/04/2020, at 0016 hours, Deputy Chappell #5426 and we were working uniform patrol for the Riverside County Sheriff's Department assigned to the contract City of Moreno Valley, Riverside County. At that time, we responded to a report of an individual who was identified as (S-1) Dedrick Jordan who was armed with a handgun at the area of Lasselle Street and Gentian Avenue, in the city of Moreno Valley.

We arrived at 0024 hours, conducting an area check of Lasselle Street. Upon receiving further information regarding Jordan's description, he was last seen wearing dark colored top and dark colored pants traveling north bound on Lasselle Street.

At 0026 hours, while traveling northbound on Kitching Street, I observed a black male adult wearing dark colored sweatshirt and dark colored pants, walking northbound on Kitching, north of John F. Kennedy Drive. I stopped the vehicle conducting a pedestrian check of the individual. Deputy Chappell and I get out of the vehicle. Deputy Chappell stated "Hey, you Dedrick?", Jordan replied, "Ya", Deputy Chappell asked Jordan, what's your last name? He stated, "Jordan".

Deputy Chappell asked Jordan, where are you coming from? Jordan replied, "from my girlfriend's place". Deputy Chappell asked who is your girl? Jordan replied, V-1. Deputy Chappell placed handcuffs on Jordan and placed Jordan in the back of the marked vehicle. While checking for any contraband in his pockets, I located a key ring with multiple keys in his left pocket. The keys belonged to the vehicle he had left on Via Jardin and Via Rio, in the city of Moreno Valley.

Deputy Chappell and I transported Jordan to the Moreno Valley Station pending further investigation. Deputy Chappell and I had no further contact with Jordan.

This report is a supplemental report to document my actions during this investigation.

**CASE STATUS:**

ARR.

# Riverside County Sheriff's Department

## New Property / Evidence Report

| **Deputy Name:** | DURAN, JULIO | **Deputy ID:** | 5297 | **Incident Number:** | MV203080349 |
|---|---|---|---|---|---|

| **Evidence Barcode:** | | **Date Entered:** | **Item Description:** | **Mailing Address:** | **Tickler will be sent:** | **Entered By (ID):** |
|---|---|---|---|---|---|---|
| 2314751 | | 11/5/2020 | Item Description: A DVR CONTAINING BWC AND PHOTOS. This item is related to the following SUSPECT: JORDAN, DEDRICK. | UNK<br>UNK | 2/3/2021 | 5297 |



rev 051109 NER