FIRMLY TO SEAL

Certified Sourcing www.sfiprogram.org SFI-00061

PAPER POUCH

63102 $12.90

RDC 03 0 Lb 9.30 Oz S2324K502841-77

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®

FROM:

DEDRICK DESHON JORDAN
REG. NO. 36171-510
FCI VICTORVILLE MEDIUM I
FEDERAL CORR. INSTITUTION
P.O. BOX 3725
ADELANTO, CA 92301

ed delivery date specified for domestic use.

tic shipments include $100 of insurance (restrictions apply).*

Tracking® service included for domestic and many international destinations.

l international insurance.**

ised internationally, a customs declaration form is required.

does not cover certain items. For details regarding claims exclusions see the
lail Manual at *http://pe.usps.com.*
national Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

Mr. Nathan M. Graves, Clerk of Court
U. S. District Court
Eastern District of Missouri
Eastern Division
111 South 10th Street
St. Louis, MO 63102

RECEIVED
SEP 17 2026
BY MAIL

T RATE ENVELOPE
TE ■ ANY WEIGHT

CKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

S00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2

EXPECTED DELIVERY DAY: 09/14/26

USPS TRACKING® #

9505 5104 4804 6254 3142 37

how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

SKNA